The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio , | No. 2:19-cv-00290 <br><br>STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT (2:19-cv-00290) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX and MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

## I. STIPULATION

Plaintiffs' Bruce Corker d/b/a Rancho Aloha Colehour Bondera and Melanie Bondera, d/b/a Kanalani Ohana Farm, Robert Smith and Cecelia Smith d/b/a SmithFarms ("Plaintiffs') and Defendants Cameron's Coffee and Distribution Company, Gold's Coffee Roasters, Inc., The Kroger Co., Albertson's Companies Inc., Safeway Inc., Amazon.Com, Inc., Walmart, Inc., Bed Bath & Beyond, Inc., Copper Moon Coffee, LLC, BCC Assets, LLC d/b/a Boyer's Coffee Company, Inc., Pacific Coffee, Inc., and Sprouts Farmers Market, Inc. ("Defendants") by and through their attorneys, hereby stipulate to extend the deadline for each of the Defendants to respond, including but not limited to by motion or pleading, to Plaintiffs' Complaint until June 5, 2019.

Plaintiffs and Defendants agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT (2:19-cv-00290) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 2nd day of April, 2019.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Cameron's Coffee and Distribution Company, Gold Coffee Roasters, Inc., The Kroger Co., Albertson's Companies Inc., Safeway Inc., and Amazon.Com, Inc.<br><br>By /s Jaime Drozd Allen<br>Stephen M. Rummage, WSBA #11168<br>Jaime Drozd Allen, WSBA #35742<br>Ambika Kumar Doran, WSBA #38237<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 757-8039<br>Fax: (206) 757-7039<br>E-mail: steverummage@dwt.com<br>jaimeallen@dwt.com<br>ambikadoran@dwt.com<br><br>Jacob M. Harper<br>(*pro hac vice application forthcoming*)<br>CA Bar #259463<br>Suite 2400<br>865 South Figueroa Street<br>Los Angeles, CA 90017-2566<br>Telephone: (213) 633-6863<br>Facsimile: (213) 633-6899<br>Email: jacobharper@dwt.com | KARR TUTTLE CAMPBELL<br>*Attorneys for the Plaintiffs*<br>By: /s Nathan T. Paine<br>Nathan T. Paine, WSBA #34487<br>Paul Richard Brown, WSBA #19357<br>701 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 223-1313<br>Facsimile: (206) 682-7100<br>Email: npaine@karrtuttle.com<br>pbrown@karrtuttle.com |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>Attorneys for Bed Bath & Beyond, Inc. and Copper Moon Coffee, LLC<br><br>Trenton H. Norris<br>(*pro hac vice application forthcoming*)<br>CA Bar #164781<br>10th Floor<br>Three Embarcadero Center<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3303<br>Facsimile: (415) 471-3400<br>Email: trent.norris@arnoldporter.com | LEE SMART P.S., INC.<br>Attorneys for BCC Assets, LLC d/b/a Boyer's Coffee Company, Inc.<br><br>By /s Marc Rosenberg<br>Marc Rosenberg, WSBA #31034<br>Joel E. Wright, WSBA #8625<br>701 Pike Street, Suite 1800<br>One Convention Place<br>Seattle, WA 98101-3929<br>Telephone: (206) 624-7990<br>Facsimile: (206) 624-5944<br>Email: mr@leesmart.com<br>jw@leesmart.com |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (2:19-cv-00290) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| WILSON SMITH COCHARAN & DICKERSON<br>Attorneys for Pacific Coffee, Inc.<br><br>By /s Alfred E. Donohue<br>Alfred E. Donohue, WSBA #32774<br>Maria E. Sotirhos, WSBA #21726<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>Telephone: (206) 623-4100<br>Facsimile: (206) 623-9273<br>Email: donohue@wscd.com<br>sotirhos@wcsd.com | DORSEY & WHITNEY LLP<br>Attorneys for Sprouts Farmers Market, Inc.<br><br>By J. Michael Keyes<br>J. Michael Keyes, WSBA #29215<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>Telephone: (206) 903-8757<br>Email: keyes.mike@dorsey.com |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT (2:19-cv-00290) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## II. ORDER

It is so ordered.

Dated this 5th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT (2:19-cv-00290) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax