THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER d/b/a RANCHO ALOHA;
COLEHOUR BONDERA and MELANIE
BONDERA, husband and wife d/b/a
KANALANI OHANA FARM; and ROBERT
SMITH and CECELIA SMITH, husband and
wife d/b/a SMITHFARMS, on behalf of
themselves and others similarly situated,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a
Washington corporation; AMAZON.COM,
INC., a Delaware corporation; HAWAIIAN
ISLES KONA COFFEE, LTD., LLC, a
Hawaiian limited liability company; COST
PLUS/WORLD MARKET, a subsidiary of
BED BATH & BEYOND, a New York
corporation; BCC ASSETS, LLC d/b/a
BOYER'S COFFEE COMPANY, INC., a
Colorado corporation; JAVA LLC, a
Michigan limited liability company;
MULVADI CORPORATION, a Hawaii
corporation; COPPER MOON COFFEE,
LLC, an Indiana limited liability company;
GOLD COFFEE ROASTERS, INC., a Florida
corporation; CAMERON'S COFFEE AND
DISTRIBUTION COMPANY, a Minnesota
corporation; PACIFIC COFFEE, INC., a
Hawaii corporation; THE KROGER CO., an
Ohio corporation; WALMART INC., a
Delaware corporation; BED BATH &
BEYOND INC., a New York corporation;
ALBERTSONS COMPANIES INC., a
Delaware Corporation; SAFEWAY INC., a
Delaware Corporation; MNS LTD., a Hawaii

No. 2:19-cv-00290-RSL

**STIPULATED MOTION AND
~~[PROPOSED]~~ ORDER REGARDING
EXTENSION OF TIME FOR
DEFENDANT COST PLUS, INC. TO
FILE RESPONSE TO COMPLAINT**

**NOTED ON MOTION CALENDAR:
April 4, 2019**

*STIPULATED MOTION AND ORDER REGARDING
EXTENSION OF TIME TO FILE RESPONSE TO
COMPLAINT- 1
No 2:19-cv-00290-RSL*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745

1   Corporation; MARMAXX OPERATING
    CORP. d/b/a T.J. MAXX AND
2   MARSHALLS, a Delaware corporation;
    SPROUTS FARMERS MARKET, INC., a
3   Delaware corporation; JOHN DOE CO. 1-20,

4                       Defendants.

5

6                       **I.      STIPULATION**

7        The parties, by and through their respective undersigned counsel, hereby enter into

8
    this Stipulation and agree to entry of an Order as set forth below:
9

10       1.      Defendant Cost Plus, Inc.'s current deadline to file a responsive pleading or

11  motion was April 3, 2019.

12       2.      The parties agree that the current deadline for Cost Plus, Inc. to file a

13
    responsive pleading or motion should be extended to June 1, 2019.
14

15  //

16

17  //

18

19

20  //

21

22  //

23

24

25  //

26

27  //

28

*STIPULATED MOTION AND ORDER REGARDING*          **HILLIS CLARK MARTIN & PETERSON P.S.**
*EXTENSION OF TIME TO FILE RESPONSE TO*          999 Third Avenue, Suite 4600
*COMPLAINT-* 2                                    Seattle, WA  98104
No 2:19-cv-00290-RSL                              Tel: (206) 623-1745

1  RESPECTFULLY SUBMITTED this 4th day of April, 2019.

2  KARR TUTTLE CAMPBELL                    HILLIS CLARK MARTIN & PETERSON P.S.

3

4  By   s/Paul Richard Brown              By   s/Eric D. Lansverk
5       Paul Richard Brown, WSBA #19357        Eric D. Lansverk, WSBA #17218
        Mark A. Bailey, WSBA #26337            999 Third Avenue, Suite 4600
6       Nathan T. Paine, WSBA #34487           Seattle, WA  98104
        Daniel T. Hagen, WSBA #54015           Tel: (206) 623-1745
7       701 Fifth Avenue, Suite 3300           Fax: (206) 623-7789
        Seattle, Washington 98104              E-mail:  eric.lansverk@hcmp.com
8       Tel: (206) 223-1313
        Fax: (206) 682-7100                BRYAN CAVE LEIGHTON PAISNER LLP
9       E-mail: pbrown@karrtuttle.com;     (pro hac vice applications pending)
        mbailey@karrtuttle.com
10      npaine@karrtuttle.com;             Marcy J. Bergman (CA Bar No. 75826)
        dhagen@karrtuttle.com              Merrit M. Jones (CA Bar No. 209033)
11                                         Three Embarcadero Center, 7th Floor
    Attorneys for Plaintiffs              San Francisco, California 94111-4070
12                                         Telephone: (415) 675-3400
13                                         Facsimile: (415) 675-3635
                                           Email: Merrit.Jones@bclplaw.com;
14                                         Marcy.Bergman@bclplaw.com
15
16                                         Attorneys for Cost Plus, Inc.
17  **IT IS SO ORDERED.**
18
    DATED this 5th day of April, 2019.
19
20
21  _____
22  JUDGE ROBERT S. LASNIK
23
24
25
26
27
28

*STIPULATED MOTION AND ORDER REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT*- 3
No 2:19-cv-00290-RSL

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745