THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & | No.: 2:19-cv-00290-RSL<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT MNS, LTD. TO ANSWER PLAINTIFFS' COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**April 5, 2019** |

STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT   PAGE 1
MNS, LTD. TO ANSWER PLAINTIFFS' COMPLAINT
NO.: 2:19-CV-00290-RSL

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX AND MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN) DOE CO. 1-20.,

Defendants.

## STIPULATION

Defendant MNS, Ltd. ("MNS") and Plaintiffs Bruce Corker, Colehour and Melanie Bondera, and Robert and Cecelia Smith submit this stipulated motion and proposed order to extend MNS's deadline to file an Answer to Plaintiffs' Complaint – Class Action False Designation of Origin Lanham Act (15 U.S.C. § 1125). It is hereby STIPULATED and AGREED by and between MNS and Plaintiffs that MNS will file its Answer or otherwise respond to the Complaint pursuant to the Federal Rules of Civil Procedure no later than June 7, 2019.

DATED this 5th day of April 2019.

BULLIVANT HOUSER BAILEY, PC

By  s/ Daniel R. Bentson
    Daniel R. Bentson, WSBA #36825
    Owen R. Mooney, WSBA #45779

Attorneys for Defendant MNS, Ltd.

KARR TUTTLE CAMPBELL

By  s/ Nathan T. Paine
    Nathan T. Paine, WSBA #34487
    Paul Richard Brown, WSBA #19357

Attorneys for Plaintiffs

STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT MNS, LTD. TO ANSWER PLAINTIFFS' COMPLAINT        PAGE 2
NO.: 2:19-CV-00290-RSL

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

## ORDER

The Court GRANTS the parties' Stipulation and Order to Extend Defendant MNS, Ltd.'s Deadline to Answer Plaintiffs' Complaint – Class Action False Designation of Origin Lanham Act (15 U.S.C. § 1125). MNS, Ltd. will file its Answer or otherwise respond to the Complaint pursuant to the Federal Rules of Civil Procedure no later than June 7, 2019.

DATED: April 11, 2019.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK

SUBMITTED BY

BULLIVANT HOUSER BAILEY, PC

s/ Daniel R. Bentson
Daniel R. Bentson, WSBA #36825
E-Mail: dan.bentson@bullivant.com
Owen R. Mooney, WSBA #45779
E-Mail: owen.mooney@bullivant.com
1700 Seventh Ave., Suite 1810
Seattle, WA 98101
206.292.8930

Attorneys for Defendant MNS, Ltd.

KARR TUTTLE CAMPBELL

s/ Nathan T. Paine
Nathan T. Paine, WSBA #34487
E-Mail: npaine@karrtuttle.com
Paul Richard Brown, WSBA #19357
E-Mail: pbrown@karrtuttle.com
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
206.223.1313

Attorneys for Plaintiffs

STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT MNS, LTD. TO ANSWER PLAINTIFFS' COMPLAINT — PAGE 3
NO.: 2:19-CV-00290-RSL

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930