THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a | Case No. 2:19-cv-00290-RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

[PROPOSED] ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT - 1
No. 2:19-cv-00290-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX and MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20 |
| | Defendants. |

### [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Bruce Corker, Colehour Bondera, and Robert Smith ("Plaintiffs") and Defendant Hawaiian Isles Kona Coffee, Ltd., LLC's ("Defendant") stipulation to extend the deadline for Defendant to respond, including but not limited to by motion or pleading, to Plaintiffs' Complaint until June 5, 2019.

Having reviewed the parties' Stipulation and good cause appearing, the Court hereby grants the Stipulation, and the deadline for Defendant to respond to Plaintiffs' Complaint is hereby extended to June 5, 2019.

IT IS SO ORDERED.

Dated this 11th day of April, 2019.

_____
Honorable Robert S. Lasnik
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT - 2
No. 2:19-cv-00290-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | *Presented by:* |
| 2 | KARR TUTTLE CAMPBELL |
| 3 | |
| 4 | |
| 5 | /s/Nathan Paine<br>Nathan Paine, WSBA #34487 |
| 6 | Paul Richard Brown, WSBA #19357<br>Daniel T. Hagen, WSBA #54015 |
| 7 | Mark A. Bailey, WSBA #26337<br>701 Fifth Avenue, Suite 3300 |
| 8 | Seattle, WA 98104<br>Phone: 206-223-1313 |
| 9 | Email: npaine@karrtuttle.com |
| 10 | pbrown@karrtuttle.com<br>dhagen@karrtuttle.com |
| 11 | mbailey@karrtuttle.com |
| 12 | *Attorneys for Plaintiffs* |
| 13 | LANE POWELL PC |
| 14 | |
| 15 | /s/Tiffany Scott Connors |
| 16 | Erin M. Wilson, WSBA #42454 |
| 17 | Jessica Walder, WSBA #47676<br>Tiffany Scott Connors, WSBA #41740 |
| 18 | 1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98101 |
| 19 | Phone: 206-223-7000<br>Email: wilsonem@lanepowell.com |
| 20 | walderj@lanepowell.com<br>connorst@lanepowell.com |
| 21 | |
| 22 | *Attorneys for Defendant Hawaiian Isles Kona Coffee Ltd LLC* |

[PROPOSED] ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT - 3
No. 2:19-cv-00290-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107