The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, | CASE NO. 2:19-cv-00290-RSL<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>Noted for Hearing: May 24, 2019 |

[PROPOSED] ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT- 1
#1242782 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | INC., a Hawaii corporation; THE KROGER ) |
| 2 | CO., an Ohio corporation; WALMART INC., a ) Delaware corporation; BED BATH & ) |
| 3 | BEYOND INC., a New York corporation; ) ALBERTSONS COMPANIES INC., a ) |
| 4 | Delaware Corporation; SAFEWAY INC., a ) Delaware Corporation; MNS LTD., a Hawaii ) |
| 5 | Corporation; MARMAXX OPERATING ) |
| 6 | CORP. d/b/a T.J. MAXX and MARSHALLS, a ) Delaware corporation; SPROUTS FARMERS ) |
| 7 | MARKET, INC. a Delaware corporation; JOHN ) DOE CO. 1-20. ) |
| 8 | ) |
| 9 | Defendants. ) ) |

THIS MATTER came before the Court on the Plaintiffs' Motion for Leave to Amend its Complaint. The Court has considered the records and files herein and the briefs and arguments of counsel.

NOW, THEREFORE, it is hereby ORDERED, that Plaintiffs' Motion for Leave to Amend their Complaint is GRANTED. Plaintiff may file with the Court an amended complaint in the form of "Attachment A" to Plaintiff's motion.

DATED this 21st day of May, 2019.

_____
The Honorable Judge Robert S. Lasnik
United States District Court Judge

[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT- 2
#1242782 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Presented by:

*/s/ Daniel T. Hagen*
Nathan T. Paine, WSBA #34487
Paul Richard Brown, WSBA #19357
Daniel T. Hagen, WSBA #54015
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 223-1313
Facsimile: (206) 682-7100
Email: npaine@karrtuttle.com
pbrown@karrtuttle.com
dhagen@karrtuttle.com
mbailey@karrtuttle.com

[PROPOSED] ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT- 3
#1242782 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100