UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, *et al.*, <br><br> Defendants. | NO. C19-0290RSL <br><br> ORDER GRANTING LEAVE TO WITHDRAW |

This matter comes before the Court on Stephen C. Willey, Duffy Graham, and Brandi B. Balanda's motion for leave to withdraw as counsel for defendant L&K Coffee Co. LLC. Dkt. # 127. The motion is unopposed, this matter is in its early stages, and new counsel recently appeared for L&K Coffee. The motion is therefore GRANTED.

Dated this 23rd day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 1