UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER, *et al.*,

    Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, *et al.*,

    Defendants.

NO. C19-0290RSL

ORDER

On July 26, 2019, the Court issued a case management order which included various discovery-related deadlines. Plaintiffs have filed a "Motion for Clarification" (Dkt. # 140), inquiring whether the scheduling order mooted defendants' pending motion to stay discovery. It did not. The motion to stay will be resolved in due course.

Dated this 23rd day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1