UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER, *et al.*,

    Plaintiffs,

    v.

COSTCO WHOLESALE CORPORATION, *et al.*,

    Defendants.

NO. C19-0290RSL

ORDER DENYING MOTION FOR LEAVE TO FILE A SECOND DISPOSITIVE MOTION

This matter comes before the Court on the "Supplier Defendants' Motion for Leave to File Motion for Partial Summary Judgment on Kona "Blend" Products." Dkt. # 121.[1] The motion is DENIED. Local Civil Rule 7(e)(3) precludes the filing of "contemporaneous dispositive motions, each one directed toward a discrete issue or claim," absent leave of the Court. The supplier defendants currently have a pending motion to dismiss. Although they argue that a second dispositive motion should be permitted because (1) the filing will not have the effect of circumventing the page limitations imposed by the Court and (2) a second motion was required because the motion for summary judgment will rely on evidence while the pending motion to dismiss does not, neither argument is persuasive. The supplier defendants' motions are a

---

[1] The supplier defendants filing the motion are Hawaiian Isles Kona Coffee Company, Ltd., BBC Assets, LLC, L&K Coffee Co. LLC, Copper Moon Coffee, LLC, Gold Coffee Roasters, Inc., and Cameron's Coffee and Distribution Company.

ORDER DENYING MOTION FOR LEAVE
TO FILE A SECOND DISPOSITIVE MOTION - 1

combined 38 pages, well beyond the 24-page limit of Rule 7(e). The Court regularly hears motions that involve more than one standard of review and is capable of considering matters outside the pleadings only where appropriate.[2]

The supplier defendants could have and should have raised their laches argument in their pending dispositive motion. Multiple motions at this point in the proceeding are not justified.

Dated this 23rd day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[2] Motions to dismiss or, in the alternative, for summary judgment are common, as are motions to dismiss that raise both personal jurisdiction and Twombly issues.

ORDER DENYING MOTION FOR LEAVE
TO FILE A SECOND DISPOSITIVE MOTION - 2