THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a | Case No. 2:19-cv-00290-RSL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 1
No. 2:19-cv-00290-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX and MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20 |

Defendants.

## I. STIPULATION

Plaintiffs and Defendant Cost Plus/World Market ("Defendant") by and through their attorneys, hereby stipulate to extend the deadline for Defendant to respond, including but not limited to by motion or pleading, to Plaintiffs' First Amended Complaint until January 13, 2020. Neither Plaintiffs nor Defendant believe that this one month extension will unduly delay case progress.

Plaintiffs and Defendant agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses.

DATED: December 13, 2019.

KARR TUTTLE CAMPBELL

*/s/Nathan Paine*
Nathan Paine, WSBA #34487
Paul Richard Brown, WSBA #19357
Daniel T. Hagen, WSBA #54015
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: npaine@karrtuttle.com
        pbrown@karrtuttle.com
        dhagen@karrtuttle.com
        mbailey@karrtuttle.com

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 2
No. 2:19-cv-00290-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By *s/Jason L. Lichtman*
   Andrew R. Kaufman, *pro hac vice*
   Jason L. Lichtman, *pro hac vice*
   Daniel E. Seltz, *pro hac vice*
   Michael W. Sobol, *pro hac vice*
Email: akaufman@lchb.com
Email: jlichtman@lchb.com
Email: dseltz@lchb.com
Email: msobol@lchb.com
*Attorneys for Plaintiffs*

LANE POWELL PC

*s/Erin M. Wilson*
Erin M. Wilson, WSBA #42454
Jessica Walder, WSBA #47676
Tiffany Scott Connors, WSBA #41740
Email: wilsonem@lanepowell.com
       walderj@lanepowell.com
       connorst@lanepowell.com

BRYAN CAVE LEIGHTON PAISNER LLP

By *s/Merrit M. Jones*
   Merrit M. Jones, (*pro hac vice*)
   Marcy J. Bergman, (*pro hac vice*)
   3 Embarcadero Ctr. 7th Flr
   San Francisco, CA 94111
   Email: merrit.jones@bclplaw.com
   Email: marcy.bergman@bclplaw.com

*Attorneys for Defendant Cost Plus Inc.*

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 3
No. 2:19-cv-00290-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## ORDER

Based on the foregoing Stipulation between the parties,

IT IS SO ORDERED.

DATED this 17th day of December, 2019.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 4
No. 2:19-cv-00290-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107