THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a | Case No. 2:19-cv-00290-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT COST PLUS, INC.'S TIME TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT** |

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 1
No. 2:19-cv-00290-RSL

132706.0001/7925384.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

| | |
|---|---|
| 1 | Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX and MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| | Defendants. |

# I. STIPULATION

Plaintiffs and Defendant Cost Plus, Inc. ("Defendant") by and through their attorneys, hereby stipulate to extend the deadline for Defendant to file an answer to Plaintiffs' First Amended Complaint, by an additional 30 days, through and including February 12, 2020. Neither Plaintiffs nor Defendant believe that this extension will unduly delay case progress.

Plaintiffs and Defendant agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses.

DATED: January 9, 2020.

KARR TUTTLE CAMPBELL

/s/ Nathan Paine
Nathan Paine, WSBA #34487
Paul Richard Brown, WSBA #19357
Daniel T. Hagen, WSBA #54015
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: npaine@karrtuttle.com
       pbrown@karrtuttle.com
       dhagen@karrtuttle.com
       mbailey@karrtuttle.com
*Attorneys for Plaintiffs*

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 2
No. 2:19-cv-00290-RSL
132706.0001/7925384.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By /s/*Andrew R. Kaufman*
   Andrew R. Kaufman, *pro hac vice*
   Jason L. Lichtman, *pro hac vice*
   Daniel E. Seltz, *pro hac vice*
   Michael W. Sobol, *pro hac vice*
Email: akaufman@lchb.com
Email: jlichtman@lchb.com
Email: dseltz@lchb.com
Email: msobol@lchb.com

LANE POWELL PC

*/s/Erin M. Wilson*
Erin M. Wilson, WSBA #42454
Jessica Walder, WSBA #47676
Tiffany Scott Connors, WSBA #41740
Email: wilsonem@lanepowell.com
       walderj@lanepowell.com
       connorst@lanepowell.com

BRYAN CAVE LEIGHTON PAISNER LLP

By s/*Merrit M. Jones*
   Merrit M. Jones, (*pro hac vice*)
   Marcy J. Bergman, (*pro hac vice*)
   3 Embarcadero Ctr. 7th Flr
   San Francisco, CA 94111
   Email: merrit.jones@bclplaw.com
   Email: marcy.bergman@bclplaw.com

*Attorneys for Defendant Cost Plus Inc.*

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 3
No. 2:19-cv-00290-RSL

132706.0001/7925384.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Based on the foregoing Stipulation between the parties,

IT IS SO ORDERED.

DATED this 10th day of January, 2020.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 4
No. 2:19-cv-00290-RSL
132706.0001/7925384.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107