THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al*.;<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, *et al*.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00290-RSL<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT COST PLUS, INC.'S TIME TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT** |

## I. STIPULATION

Plaintiffs and Defendant Cost Plus/World Market ("Defendant") by and through their attorneys, hereby stipulate to extend the deadline for Defendant to file an answer to Plaintiffs' First Amended Complaint, by an additional 30 days, through and including March 13, 2020. Neither Plaintiffs nor Defendant believe that this extension will unduly delay case progress.

Plaintiffs and Defendant agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses.

/ / /

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | DATED: February 12, 2020. |

                                            KARR TUTTLE CAMPBELL

*s/Nathan Paine*
Nathan Paine, WSBA #34487
Paul Richard Brown, WSBA #19357
Daniel T. Hagen, WSBA #54015
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: npaine@karrtuttle.com
        pbrown@karrtuttle.com
        dhagen@karrtuttle.com
        mbailey@karrtuttle.com
*Attorneys for Plaintiffs*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By *s/Andrew R. Kaufman*
   Andrew R. Kaufman, *pro hac vice*
   Jason L. Lichtman, *pro hac vice*
   Daniel E. Seltz, *pro hac vice*
   Michael W. Sobol, *pro hac vice*
Email: akaufman@lchb.com
Email: jlichtman@lchb.com
Email: dseltz@lchb.com
Email: msobol@lchb.com

LANE POWELL PC

*s/Erin M. Wilson*
Erin M. Wilson, WSBA #42454
Jessica Walder, WSBA #47676
Tiffany Scott Connors, WSBA #41740
Email: wilsonem@lanepowell.com
        walderj@lanepowell.com
        connorst@lanepowell.com

BRYAN CAVE LEIGHTON PAISNER LLP

By *s/Merrit M. Jones*
   Merrit M. Jones, (*pro hac vice*)
   Marcy J. Bergman, (*pro hac vice*)
   3 Embarcadero Ctr. 7th Flr
   San Francisco, CA 94111

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT - 2

Email: merrit.jones@bclplaw.com
Email: marcy.bergman@bclplaw.com

*Attorneys for Defendant Cost Plus Inc.*

## **ORDER**

Based on the foregoing Stipulation between the parties,

IT IS SO ORDERED.

Dated this 12th day of February, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT - 3

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107