THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a | Case No. 2:19-cv-00290-RSL<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT COST PLUS, INC.'S TIME TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT** |

STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX and MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; JOHN DOE CO. 1-20

Defendants.

## I. STIPULATION

Plaintiffs and Defendant Cost Plus/World Market ("Defendant") by and through their attorneys, hereby stipulate to extend the deadline for Defendant to file an answer to Plaintiffs' First Amended Complaint, by an additional 14 days, through and including March 27, 2020. Neither Plaintiffs nor Defendant believe that this extension will unduly delay case progress.

Plaintiffs and Defendant agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses.

DATED: March 13, 2020.

KARR TUTTLE CAMPBELL

*/s/Nathan Paine*
Nathan Paine, WSBA #34487
Paul Richard Brown, WSBA #19357
Daniel T. Hagen, WSBA #54015
Mark A. Bailey, WSBA #26337
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: npaine@karrtuttle.com
pbrown@karrtuttle.com
dhagen@karrtuttle.com
mbailey@karrtuttle.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | |
| 3 | By    *s/Andrew R. Kaufman* |
| |     Andrew R. Kaufman, *pro hac vice* |
| 4 |     Jason L. Lichtman, *pro hac vice* |
| 5 |     Daniel E. Seltz, *pro hac vice* |
| |     Michael W. Sobol, *pro hac vice* |
| 6 | Email: akaufman@lchb.com |
| | Email: jlichtman@lchb.com |
| 7 | Email: dseltz@lchb.com |
| | Email: msobol@lchb.com |

LANE POWELL PC

*/s/Erin M. Wilson*
Erin M. Wilson, WSBA #42454
Jessica Walder, WSBA #47676
Tiffany Scott Connors, WSBA #41740
Email:  wilsonem@lanepowell.com
           walderj@lanepowell.com
           connorst@lanepowell.com

BRYAN CAVE LEIGHTON PAISNER LLP

   *s/Merrit M. Jones*
Merrit M. Jones, (*pro hac vice*)
Marcy J. Bergman, (*pro hac vice*)
3 Embarcadero Ctr. 7th Flr
   San Francisco, CA 94111
   Email: merrit.jones@bclplaw.com
   Email: marcy.bergman@bclplaw.com

*Attorneys for Defendant Cost Plus Inc.*

## **ORDER**

Based on the foregoing Stipulation between the parties, IT IS SO ORDERED.

DATED this 16th day of March 2020.

*[signature]*
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT - 3