UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE, *et al.*,<br><br>   Defendants. | NO. C19-0290RSL<br><br>ORDER STRIKING AFFIRMATIVE DEFENSES |

  This matter comes before the Court on "Plaintiffs' Motion to Strike Affirmative Defenses." Dkt. # 179. After the motion was filed, all defendants except Mulvadi Corporation withdrew the challenged affirmative defenses. Dkt. # 191. Mulvadi did not respond to or oppose the motion. Mulvadi's affirmative defenses Nos. 14-20 are therefore DISMISSED.

  Dated this 25th day of March, 2020.

          */s/ Robert S. Lasnik*
          Robert S. Lasnik
          United States District Judge

ORDER STRIKING AFFIRMATIVE DEFENSES - 1