THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>      Defendants. | Case No. 2:19-cv-00290-RSL<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT COST PLUS, INC.'S TIME TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT** |

## I. STIPULATION

Plaintiffs and Defendant Cost Plus/World Market ("Defendant") by and through their attorneys, hereby stipulate to extend the deadline for Defendant to file an answer to Plaintiffs' First Amended Complaint, by an additional 30 days, through and including April 27, 2020. Neither Plaintiffs nor Defendant believe that this extension will unduly delay case progress.

Plaintiffs and Defendant agree and acknowledge that each of them do not waive and hereby specifically reserve all of their claims and defenses.

/ / /

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 1
No. 2:19-cv-00290-RSL

132706.0001/8021168.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: March 26, 2020.

        KARR TUTTLE CAMPBELL

        *s/Nathan Paine*
        Nathan Paine, WSBA #34487
        Paul Richard Brown, WSBA #19357
        Daniel T. Hagen, WSBA #54015
        Mark A. Bailey, WSBA #26337
        701 Fifth Avenue, Suite 3300
        Seattle, WA 98104
        Email: npaine@karrtuttle.com
           pbrown@karrtuttle.com
           dhagen@karrtuttle.com
           mbailey@karrtuttle.com
        *Attorneys for Plaintiffs*

        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP

        By *s/Andrew R. Kaufman*
         Andrew R. Kaufman, *pro hac vice*
         Jason L. Lichtman, *pro hac vice*
         Daniel E. Seltz, *pro hac vice*
         Michael W. Sobol, *pro hac vice*
        Email: akaufman@lchb.com
        Email: jlichtman@lchb.com
        Email: dseltz@lchb.com
        Email: msobol@lchb.com

        LANE POWELL PC

        *s/Erin M. Wilson*
        Erin M. Wilson, WSBA #42454
        Jessica Walder, WSBA #47676
        Tiffany Scott Connors, WSBA #41740
        Email: wilsonem@lanepowell.com
           walderj@lanepowell.com
           connorst@lanepowell.com

        BRYAN CAVE LEIGHTON PAISNER LLP

        *s/Merrit M. Jones*
        Merrit M. Jones, (*pro hac vice*)
        Marcy J. Bergman, (*pro hac vice*)
        3 Embarcadero Ctr. 7th Flr

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT - 2
No. 2:19-cv-00290-RSL

132706.0001/8021168.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

San Francisco, CA 94111
Email: merrit.jones@bclplaw.com
Email: marcy.bergman@bclplaw.com

*Attorneys for Defendant Cost Plus Inc.*

## **ORDER**

Based on the foregoing Stipulation between the parties,

IT IS SO ORDERED.

Dated this 27th day of March, 2020.

*[signature]*
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT - 3
No. 2:19-cv-00290-RSL

132706.0001/8021168.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107