UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-00290<br><br>**ORDER STAYING CASE DEADLINES AS TO DEFENDANT COPPER MOON COFFEE, LLC** |

Plaintiffs have filed a Notice of Settlement with Defendant Copper Moon Coffee, LLC. All case deadlines with respect to Copper Moon Coffee, LLC, are STAYED. This order does not affect any deadlines as applied to any other Defendants.

Dated this 30th day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

   */s/ Andrew R. Kaufman*
Andrew R. Kaufman (pro hac vice)
222 Second Ave South, Suite 1640
Nashville, TN 37206
Telephone: 615-313-9000
Email: akaufman@lchb.com

ORDER
CASE NO. 2:19-CV-00290-RSL
1956387.1

#1260616 v1 / 72448-001

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37206
Tel. 615.313.9000 • Fax 615.313.9965

KARR TUTTLE CAMPBELL

Paul Richard Brown, WSBA #19357
Nathan T. Paine, WSBA #34487
Daniel T. Hagen, WSBA #54015
Andrew W. Durland, WSBA #49747
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
206.223.1313
npaine@karrtuttle.com

[PROPOSED] ORDER
CASE NO. 2:19-CV-00290-RSL
1956387.1

- 2 -

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37206
Tel. 615.313.9000 • Fax 615.313.9965

#1260616 v1 / 72448-001