UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER, *et al.*,

    Plaintiffs,

v.

COSTCO WHOLESALE, *et al.*,

    Defendants.

NO. C19-0290RSL

ORDER FOR FURTHER BRIEFING

On March 30, 2020, the Court granted plaintiffs' motion to compel defendant Mulvadi Corporation to produce documents in compliance with the Court's ESI Order. Mulvadi filed a timely motion for reconsideration based on new facts: it was forced to lay off all of its employees as a result of Hawaii's responses to the novel coronavirus pandemic.

The Clerk of Court is directed to renote Mulvadi's motion for reconsideration (Dkt. #252) on the Court's calendar for Friday, April 24, 2020. Plaintiffs may file a response by 5:00 pm on Wednesday, April 22, 2020. Defendant's reply, if any, is due on or before the note date. The Court hopes that, given the extraordinary circumstances surrounding the national response to the pandemic, the parties can propose solutions that would be satisfactory from plaintiffs' perspective and reasonable in light of Mulvadi's extreme reduction in staffing and resources. If a continuance in the production/discovery deadlines is appropriate while we wait for the

ORDER FOR FURTHER BRIEFING - 1

resumption of business, the parties are invited to submit a stipulation and proposed order for the Court's signature.

Dated this 13th day of April, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING - 2