The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,

    Plaintiffs,

    v.

COSTCO WHOLESALE CORPORATION, *et al.*,

    Defendants.

No. 2:19-cv-00290-RSL

**STIPULATION AND ORDER REGARDING CERTAIN DEFENDANTS' ANSWERS TO PLAINTIFFS' SECOND AMENDED COMPLAINT [Dkt. 271]**

STIPULATION AND ORDER RE: DEFS' ANSWER TO SAC
(2:19-cv-00290-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# STIPULATION

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby make the following stipulation regarding Certain Defendants' Answers to Plaintiffs' Second Amended Complaint [Dkt. 271].

1. Plaintiffs filed their Second Amended Complaint on April 30, 2020 [Dkt. 271]. Costa Rican Gold Coffee Co., Inc. agreed to waive service of process and further stipulates to be bound by the Protective Order [Dkt. 148] and the Order on ESI Protocol [Dkt. 152].

2. The Second Amended Complaint adds Costa Rican Gold Coffee Co., Inc. as a Defendant. The only altered paragraphs contain allegations concerning Gold Coffee Roasters, Inc. and Costa Rican Gold Coffee, Co. Inc. *See* Dkt. 271, Exhibit A. The paragraph numbering and all other allegations remain identical to the First Amended Complaint [Dkt. 81].

3. The new additions do not require any parties other than Gold Coffee Roasters, Inc. and Costa Rican Gold Coffee, Co. Inc. to alter or amend their responses. The parties accordingly stipulate that no defendant, other than Gold Coffee Roasters, Inc. or Costa Rican Gold Coffee Co., Inc. needs to answer the Second Amended Complaint. The previously filed Answers to the First Amended Complaint, along with the subsequent stipulation regarding affirmative defenses [Dkt. 190] and subject to the Court's Order Striking Affirmative Defenses [Dkt. 230], will be treated as Answers to the Second Amended Complaint.

STIPULATION AND ORDER RE: DEFS' ANSWER TO SAC
(2:19-cv-00290-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | Dated: May 13, 2020 | Dated: May 13, 2020 |
| 2 | Respectfully submitted, | Respectfully submitted, |
| 3 | DAVIS WRIGHT TREMAINE LLP | KARR TUTTLE CAMPBELL |

Dated: May 13, 2020

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants Costco Wholesale Corporation, Cameron's Coffee and Distribution Company; Gold Coffee Roasters, Inc.; The Kroger Co.; Albertson's Companies Inc.; Safeway Inc.; Walmart, Inc.; The TJX Companies d/b/a T.J. Maxx; Marshalls of MA, Inc. d/b/a Marshalls; Amazon.Com, Inc.; Copper Moon Coffee LLC; Bed Bath & Beyond Inc.; and Costa Rican Gold Coffee Co., Inc.*

By: *s/ Jaime Drozd Allen*
    Jaime Drozd Allen, WSBA #35742
    Stephen M. Rummage, WSBA #11168
    Ambika Doran, WSBA #38237
    Jacob M. Harper (*pro hac vice*)
    Benjamin J. Robbins, WSBA #53376
    Aaron Ross, WSBA #56003
    Sarah Cox, WSBA #46703
    Rose McCarty, WSBA #54282
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 757-8039
    Fax: (206) 757-7039
    Email: jaimeallen@dwt.com

ARNOLD & PORTER KAYE SCHOLER LLP
*Attorneys for Copper Moon Coffee LLC*

Trenton H. Norris, pro hac vice,
CA Bar #164781
Tommy Huynh, pro hac vice,
 CA Bar #306222
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Fax: (415) 471-3400
Email: Trent.Norris@arnoldporter.com
Email: Tommy.Huynh@arnoldporter.com

Dated: May 13, 2020

Respectfully submitted,

KARR TUTTLE CAMPBELL

By: *s/ Nathan T. Paine* (per email auth.)
    Paul Richard Brown, WSBA#19357
    Nathan T. Paine, WSBA #34487
    Daniel T. Hagen, WSBA #54015
    Mark A. Bailey, WSBA #26337
    Andrew W. Durland, WSBA#49747
    Joshua Howard, WSBA #52189
    701 Fifth Ave, Suite 3300
    Seattle, WA 98104
    Telephone: (206) 233-1313
    Email: pbrown@karrtuttle.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: *s/ Daniel E. Seltz* (per email auth.)
    Daniel E. Seltz (*pro hac vice*)
    Jason L. Lichtman (*pro hac vice*)
    Andrew R. Kaufman (*pro hac vice*)
    Michael W. Sobol (*pro hac vice*)
    250 Hudson Street, 8th Floor
    New York, NY 10013
    Telephone: (212) 355-9500
    Email: dseltz@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND ORDER RE: DEFS' ANSWER TO SAC (2:19-cv-00290-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | CADES SCHUTTE LLP |
| | *Attorneys for Defendant MNS Ltd.* |
| 2 | |
| 3 | By *s/ Kelly G. LaPorte* (per email auth.) |
| |    Kelly G. LaPorte, *pro hac vice* |
| 4 |    Nathaniel Dang, *pro hac vice* |
| |    1000 Bishop Street, 12th Floor |
| 5 |    Honolulu, HI  96813 |
| |    Telephone: (808) 521-9200 |
| 6 |    Fax: (808) 521-9210 |
| |    Email: klaporte@cades.com |
| 7 |    Email: ndang@cades.com |
| 8 | BULLIVANT HOUSER BAILEY, PC |
| | *Attorneys for Defendant MNS Ltd.* |
| 9 | |
| | By *s/ Daniel R. Bentson* (per email auth.) |
| 10 |    Daniel R. Bentson, WSBA #36825 |
| |    Owen R. Mooney, WSBA #45779 |
| 11 |    1700 Seventh Avenue, Suite 1810 |
| |    Seattle, WA  98101 |
| 12 |    Telephone: (206) 292-8930 |
| |    Fax: (206) 386-5130 |
| 13 |    Email: dan.bentson@bullivant.com |
| |    Email: owen.mooney@bullivant.com |
| 14 | DORSEY & WHITNEY LLP |
| | *Attorneys for Defendant Sprouts Farmers* |
| 15 | *Market, Inc.* |
| 16 | By *s/ J. Michael Keyes* (per email auth.) |
| |    J. Michael Keyes, WSBA #29215 |
| 17 |    Erin C. Kolter, WSBA #53365 |
| |    Brian J. Janura, WSBA #50213 |
| 18 |    Columbia Center |
| |    701 Fifth Avenue, Suite 6100 |
| 19 |    Seattle, WA 98104 |
| |    Telephone: (206) 903-8800 |
| 20 |    Email: keyes.mike@dorsey.com |
| 21 | BRYAN CAVE LEIGHTON PAISNER LLP |
| | *Attorneys for Defendant Cost Plus, Inc.* |
| 22 | |
| 23 | By: *s/ Merrit M. Jones* (per email auth.) |
| |    Marcy J. Bergman, *pro hac vice*, CA Bar #75826 |
| 24 |    Merrit M. Jones, *pro hac vice*, CA Bar #209033 |
| |    Three Embarcadero Center, 7th Floor |
| 25 |    San Francisco, California 94111-4070 |
| |    Telephone: (415) 675-3400 |
| 26 |    Fax: (415) 675-3635 |
| |    Email: Marcy.Bergman@bclplaw.com |
| 27 |    Email: Merrit.Jones@bclplaw.com |

STIPULATION AND ORDER RE: DEFS' ANSWER TO SAC
(2:19-cv-00290-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

CADES SCHUTTE LLP
*Attorneys for Defendant MNS Ltd.*

By: *s/ Kelly G. LaPorte* (per email auth.)
    Kelly G. LaPorte, *pro hac vice*
    Nathaniel Dang, *pro hac vice*
    1000 Bishop Street, 12th Floor
    Honolulu, HI  96813
    Telephone: (808) 521-9200
    Fax: (808) 521-9210
    Email: klaporte@cades.com
    Email: ndang@cades.com

BULLIVANT HOUSER BAILEY, PC
*Attorneys for Defendant MNS Ltd.*

By: *s/ Daniel R. Bentson* (per email auth.)
    Daniel R. Bentson, WSBA #36825
    Owen R. Mooney, WSBA #45779
    1700 Seventh Avenue, Suite 1810
    Seattle, WA  98101
    Telephone: (206) 292-8930
    Fax: (206) 386-5130
    Email: dan.bentson@bullivant.com
    Email: owen.mooney@bullivant.com

DORSEY & WHITNEY LLP
*Attorneys for Defendant Sprouts Farmers Market, Inc.*

By: *s/ Brian J. Janura* (per email auth.)
    Brian J. Janura, WSBA #50213
    J. Michael Keyes, WSBA #29215
    Erin C. Kolter, WSBA #53365
    Columbia Center
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104
    Telephone: (206) 903-8800
    Email: janura.brian@dorsey.com

STIPULATION AND ORDER RE: DEFS' ANSWER TO SAC
(2:19-cv-00290-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

LANE POWELL PC
*Attorneys for Defendants Hawaiian Isles Kona Coffee Company, Ltd., L&K Coffee Co. LLC, and Cost Plus, Inc.*

By: *s/ Erin M. Wilson* (per email auth.)
    Erin M. Wilson, WSBA #42454
    Tiffany Scott Connors, WSBA #41740
    Jessica Walder, WSBA #47676
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA  98111-9402
    Telephone: (206) 223-7000
    Fax: (206) 223-7107
    Email: wilsonem@lanepowell.com

BUCHALTER
A Professional Corporation
*Attorneys for Defendant Mulvadi Corporation*

By: *s/ Bradley P. Thoreson* (per phone auth.)
    Bradley P. Thoreson, WSBA #18190
    David C. Spellman, WSBA #15884
    1420 Fifth Ave., Ste. 3100
    Seattle, WA 98101-1337
    Telephone: (206) 319-7052
    Email: bthoreson@buchalter.com

WILSON SMITH COCHRAN DICKERSON
*Attorneys for Defendant Pacific Coffee, Inc.*

By: *s/ Maria E. Sotirhos* (per email auth.)
    Maria E. Sotirhos, WSBA #21726
    Alfred E. Donohue, WSBA #32774
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164
    Telephone: (206) 623-4100
    Fax: (206) 623-9273
    Email: sotirhos@wscd.com

STIPULATION AND ORDER RE: DEFS' ANSWER TO SAC
(2:19-cv-00290-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

LEE SMART, P.S., INC.
*Attorneys for Defendant BCC*

By: *s/ Marc Rosenberg* (per email auth.)
　　Marc Rosenberg, WSBA #31034
　　Joel E. Wright, WSBA #8625
　　1800 One Convention Place
　　701 Pike Street
　　Seattle, WA  98101-3929
　　Telephone: (206) 624-7990
　　Fax: (206) 624-5944
　　Email: mr@leesmart.com

## ORDER

　　IT IS SO ORDERED.

　　Dated this 15th day of May, 2020.

　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　United States District Judge

STIPULATION AND ORDER RE: DEFS' ANSWER TO SAC
(2:19-cv-00290-RSL) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax