IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, et al.,<br><br>     Plaintiffs,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>     Defendants. | CIVIL ACTION NO. 2:19-cv-00290-RSL<br><br>**ORDER GRANTING DEFENDANT SPROUTS FARMERS MARKET, INC.'S UNOPPOSED MOTION FOR LEAVE TO REDACT AND FILE MOTION AND DECLARATION UNDER SEAL** |

   This matter having come on before the Court upon Sprouts Farmers Market, Inc.'s ("Sprouts") Unopposed Motion for Leave to Redact and File Motion and Declaration Under Seal, and having fully considered the record, applicable law, materials and facts submitted regarding this motion, the Court hereby finds that good cause exists for the issuance of the requested order.

   ACCORDINGLY, IT IS HEREBY ORDERED that the motion is GRANTED.  Sprouts may redact from its Motion, Declaration, and Exhibits the identities of Sprouts' Private Label coffee supplier(s) and file unredacted versions of those documents under seal.

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Dated this 17th day of July, 2020.

*MRT S Lasnik*

The Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR LEAVE TO REDACT AND FILE UNDER SEAL
-1-
2:19-cv-00290-RSL

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820