IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated, | CASE NO. 2:19-CV-00290-RSL |

**Plaintiffs,**

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; THE TJX COMPANIES d/b/a T.J. MAXX, a Delaware Corporation; MARSHALLS OF MA, INC. d/b/a MARSHALLS, a Massachusetts corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation;

**Defendants.**

**NOTICE OF SETTLEMENT WITH BCC ASSETS, LLC D/B/A BOYER'S COFFEE COMPANY, INC. AND REQUEST TO STAY DEADLINES**

The Honorable Robert S. Lasnik

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2033238.1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

#1305108 v1 / 72448-001

1    Plaintiffs notify the Court that they have reached a class-wide settlement with Defendant

2  BCC Assets LLC d/b/a Boyer's Coffee Company, Inc. ("BCC") that provides both monetary and

3  injunctive relief.  The settling parties have executed a settlement agreement and are working

4  diligently to prepare preliminary approval papers.  The settling parties request that the Court stay

5  all deadlines as to BCC.  A proposed order to that effect is attached.

6

7    Dated: August 20, 2020

8

9  KARR TUTTLE CAMPBELL          LIEFF CABRASER HEIMANN &
                                 BERNSTEIN, LLP

10 Paul Richard Brown, WSBA #19357    /s/ *Daniel E. Seltz*
   Nathan T. Paine, WSBA #34487       Jason L. Lichtman (*pro hac vice*)
11 Daniel T. Hagen, WSBA #54015       Daniel E. Seltz (*pro hac vice*)
   Andrew W. Durland, WSBA #49747     250 Hudson Street, 8th Floor
12 Joshua M. Howard, WSBA #52189      New York, NY  10013-1413
   701 Fifth Avenue, Suite 3300       Telephone:  212-355-9500
13 Seattle, Washington 98104          dseltz@lchb.com
   206.223.1313
14 npaine@karrtuttle.com              Andrew Kaufman (*pro hac vice*)
                                      222 2nd Avenue South, Suite 1640
15                                    Nashville, TN  37201
                                      615.313.9000
16

17                                    *Attorneys for the Plaintiffs*
                                      *and the Proposed Class*
18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2033238.1

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

#1305108 v1 / 72448-001

1

2

<u>**CERTIFICATE OF SERVICE**</u>

I, Daniel E. Seltz, certify that on August 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

/s *Daniel E. Seltz*
Daniel E. Seltz

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2033238.1

-3-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

#1305108 v1 / 72448-001