UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-00290<br><br>**ORDER STAYING CASE DEADLINES AS TO DEFENDANT BCC ASSETS, LLC** |

Plaintiffs have filed a Notice of Settlement with Defendant BCC Assets, LLC d/b/a Boyer's Coffee Company Inc. ("BCC"). All case deadlines with respect to BCC are STAYED. This order does not affect any deadlines as applied to any other Defendants.

Dated this 21st day of August, 2020.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER