IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER d/b/a RANCHO ALOHA;
COLEHOUR BONDERA and MELANIE
BONDERA, husband and wife d/b/a
KANALANI OHANA FARM; and ROBERT
SMITH and CECELIA SMITH, husband and
wife d/b/a SMITHFARMS, on behalf of
themselves and others similarly situated,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a
Washington corporation; AMAZON.COM, INC., a
Delaware corporation; HAWAIIAN ISLES KONA
COFFEE, LTD., LLC, a Hawaiian limited liability
company; COST PLUS/WORLD MARKET, a
subsidiary of BED BATH & BEYOND, a New York
corporation; BCC ASSETS, LLC d/b/a BOYER'S
COFFEE COMPANY, INC., a Colorado
corporation; L&K COFFEE CO. LLC, a Michigan
limited liability company; MULVADI
CORPORATION, a Hawaii corporation; COPPER
MOON COFFEE, LLC, an Indiana limited liability
company; GOLD COFFEE ROASTERS, INC., a
Delaware corporation; CAMERON'S COFFEE
AND DISTRIBUTION COMPANY, a Minnesota
corporation; PACIFIC COFFEE, INC., a Hawaii
corporation; THE KROGER CO., an Ohio
corporation; WALMART INC., a Delaware
corporation; BED BATH & BEYOND INC., a New
York corporation; ALBERTSONS COMPANIES
INC., a Delaware Corporation; SAFEWAY INC., a
Delaware Corporation; MNS LTD., a Hawaii
Corporation; THE TJX COMPANIES d/b/a T.J.
MAXX, a Delaware Corporation; MARSHALLS OF
MA, INC. d/b/a MARSHALLS, a Massachusetts
corporation; SPROUTS FARMERS MARKET,
INC. a Delaware corporation;

Defendants.

CASE NO. 2:19-CV-00290-RSL

**NOTICE OF SETTLEMENT WITH
COST PLUS/WORLD MARKET
AND REQUEST TO STAY
DEADLINES**

The Honorable Robert S. Lasnik

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2044319.1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1    Plaintiffs notify the Court that they have reached a class-wide settlement with Defendant

2 Cost Plus/World Market ("Cost Plus") that provides both monetary and injunctive relief.  The

3 settling parties have executed a settlement agreement and are working diligently to prepare

4 preliminary approval papers.  The settling parties request that the Court stay all deadlines as to

5 Cost Plus.  A proposed order to that effect is attached.

6

7    Dated: November 23, 2020

8

9 KARR TUTTLE CAMPBELL                      LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP

10 Paul Richard Brown, WSBA #19357          /s/ Daniel E. Seltz
   Nathan T. Paine, WSBA #34487             Jason L. Lichtman (*pro hac vice*)
11 Daniel T. Hagen, WSBA #54015             Daniel E. Seltz (*pro hac vice*)
   Andrew W. Durland, WSBA #49747           250 Hudson Street, 8th Floor
12 Joshua M. Howard, WSBA #52189            New York, NY  10013-1413
   701 Fifth Avenue, Suite 3300             Telephone:  212-355-9500
13 Seattle, Washington 98104                dseltz@lchb.com
   206.223.1313
14 npaine@karrtuttle.com                    Andrew Kaufman (*pro hac vice*)
                                            222 2nd Avenue South, Suite 1640
15                                          Nashville, TN  37201
                                            615.313.9000
16

17                                          *Attorneys for the Plaintiffs*
                                            *and the Proposed Class*
18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2044319.1                                    -1-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1

## **CERTIFICATE OF SERVICE**

2       I, Daniel E. Seltz, certify that on November 23, 2020, I caused the foregoing to be

3   electronically filed with the Clerk of the Court using the CM/ECF system, which will send

4   notification of such filing to those attorneys of record registered on the CM/ECF system.

5

6       /s *Daniel E. Seltz*
        Daniel E. Seltz

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2044319.1

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592