UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>  Defendants. | CIVIL ACTION NO. 2:19-cv-00290RSL<br><br>**ORDER STAYING CASE DEADLINES AS TO DEFENDANT COST PLUS/WORLD MARKET** |

Plaintiffs have filed a Notice of Settlement with Defendant Cost Plus/World Market ("Cost Plus"). All case deadlines with respect to Cost Plus are STAYED. This order does not affect any deadlines as applied to any other Defendants.

DATED this 24th day of November, 2020.

*/s/ Robert S. Lasnik*
The Honorable Judge Robert S. Lasnik
United States District Court Judge

ORDER
CASE NO. 2:19-CV-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592