IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; THE TJX COMPANIES d/b/a T.J. MAXX, a Delaware Corporation; MARSHALLS OF MA, INC. d/b/a MARSHALLS, a Massachusetts corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation;<br><br>Defendants. | CASE NO. 2:19-CV-00290-RSL<br><br>**NOTICE OF SETTLEMENT WITH PACIFIC COFFEE, INC. AND REQUEST TO STAY DEADLINES**<br><br>The Honorable Robert S. Lasnik |

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2041731.1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

#1305108 v1 / 72448-001

1   Plaintiffs notify the Court that they have reached a class-wide settlement with Defendant
2   Pacific Coffee, Inc. d/b/a Maui Coffee Company ("MCC") that provides both monetary and
3   injunctive relief.  The settling parties have executed a settlement agreement and are working
4   diligently to prepare preliminary approval papers.  The settling parties request that the Court stay
5   all deadlines as to MCC.  A proposed order to that effect is attached.

Dated: November 30, 2020

| KARR TUTTLE CAMPBELL | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| Paul Richard Brown, WSBA #19357<br>Nathan T. Paine, WSBA #34487<br>Daniel T. Hagen, WSBA #54015<br>Andrew W. Durland, WSBA #49747<br>Joshua M. Howard, WSBA #52189<br>701 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>206.223.1313<br>npaine@karrtuttle.com | /s/ *Daniel E. Seltz*<br>Jason L. Lichtman (*pro hac vice*)<br>Daniel E. Seltz (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:  212-355-9500<br>dseltz@lchb.com<br><br>Andrew Kaufman (*pro hac vice*)<br>222 2nd Avenue South, Suite 1640<br>Nashville, TN  37201<br>615.313.9000<br><br>*Attorneys for the Plaintiffs*<br>*and the Proposed Class* |

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2041731.1

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

#1305108 v1 / 72448-001

## CERTIFICATE OF SERVICE

I, Daniel E. Seltz, certify that on November 30, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

    /s *Daniel E. Seltz*
    Daniel E. Seltz

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL
2041731.1

-3-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

#1305108 v1 / 72448-001