UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a | CIVIL ACTION NO. 2:19-cv-00290<br><br>**ORDER STAYING CASE DEADLINES AS TO DEFENDANT PACIFIC COFFEE INC.** |

ORDER
CASE NO. 2:19-CV-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1  Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii
2  Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX and MARSHALLS,
3  a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware
4  corporation,

5      Defendants.

6

7

8      Plaintiffs have filed a Notice of Settlement with Defendant Pacific Coffee, Inc. d/b/a Maui

9  Coffee Company ("MCC").  All case deadlines with respect to MCC are STAYED.  This order

10  does not affect any deadlines as applied to any other Defendants.

11      DATED this 1st day of December, 2020.

12

13                          /s/ Robert S. Lasnik
                        Robert S. Lasnik
                        United States District Court Judge

14

15  Presented by:

16  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

17      */s/ Daniel E. Seltz*
Daniel E. Seltz (pro hac vice)
18  250 Hudson Street, 8th Floor
New York, NY 10013
19  Telephone:  212-355-9500
Email: dseltz@lchb.com

20  KARR TUTTLE CAMPBELL

21  Paul Richard Brown, WSBA #19357
22  Nathan T. Paine, WSBA #34487
Daniel T. Hagen, WSBA #54015
23  Andrew W. Durland, WSBA #49747
Joshua M. Howard, WSBA #52189
24  701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
25  206.223.1313
npaine@karrtuttle.com
26

ORDER
CASE NO. 2:19-CV-00290-RSL
- 2 -
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592