UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated, | CIVIL ACTION NO. 2:19-cv-00290 **ORDER STAYING CASE DEADLINES AS TO DEFENDANT CAMERON'S COFFEE AND DISTRIBUTION COMPANY** |

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1    Delaware Corporation; SAFEWAY INC., a
     Delaware Corporation; MNS LTD., a Hawaii
2    Corporation; MARMAXX OPERATING
     CORP. d/b/a T.J. MAXX and MARSHALLS,
3    a Delaware corporation; SPROUTS
     FARMERS MARKET, INC. a Delaware
4    corporation,

5            Defendants.

6

7            Plaintiffs have filed a Notice of Settlement with Defendant Cameron's Coffee and

8    Distribution Company ("Cameron's").  All case deadlines with respect to Cameron's, and

9    Cameron's products, are STAYED.  This order does not affect any deadlines as applied to any

10   other Defendants, except as to Cameron's products.

11

12           Dated this 9th day of December, 2020.

13

14                                              Robert S. Lasnik
                                                United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592