UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, *et al.*, <br><br> Defendants. | No. 2:19-cv-00290-RSL <br><br> **STIPULATION AND ORDER REGARDING CERTAIN DEFENDANTS' ANSWERS TO PLAINTIFFS' THIRD AMENDED COMPLAINT [Dkt. 381]** |

**STIPULATION**

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby make the following stipulation regarding MNS Ltd. ("MNS"), Sprouts Farmers Market, Inc. ("Sprouts"), and Certain Defendants' Answers to Plaintiffs' Third Amended Complaint [Dkt. 381].[1]

1. Plaintiffs filed their Third Amended Complaint on January 8, 2021 [Dkt. 381].

2. The Third Amended Complaint adds Smithfarms, LLC as a Plaintiff and Kevin Kihnke as a Defendant. The only substantively amended paragraphs contain allegations concerning Smithfarms, LLC and Kevin Kihnke. *See* Dkt. 345-1, Exhibit A. The paragraph numbering and all other allegations remain substantively identical to the Second Amended Complaint [Dkt. 81].

---

[1] "Certain Defendants" as used herein refers to Costco Wholesale Corporation; Gold Coffee Roasters, Inc.; The Kroger Co.; Albertson's Companies Inc.; Safeway Inc.; Walmart, Inc.; The TJX Companies d/b/a T.J. Maxx; Marshalls of MA, Inc. d/b/a Marshalls; Amazon.Com, Inc.; Bed Bath & Beyond Inc.; Costa Rican Gold Coffee Co., Inc., and Hawaiian Isles Coffee Company, Ltd.

STIPULATION AND ORDER RE: DEFS' ANSWER TO TAC
(2:19-cv-00290-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. The new amendments do not require any defendants other than L&K Coffee Co. LLC and Kevin Kihnke to substantively alter or amend their responses.

4. Instead, MNS and Sprouts minimally change their previously filed Answer to the First Amended Complaint as follows:

- Answer to new Paragraph 12: Defendant lacks sufficient information to admit or deny the allegations in Paragraph 12, and therefore denies the same.
- All Answers after paragraph 12 will correspond with the original Paragraph numbering plus one. For example, a Defendant's response to Paragraph 23 of the First Amended Complaint now answers Paragraph 24 in the Third Amended Complaint.

5. Additionally, Certain Defendants minimally change their previously filed Answer to the First Amended Complaint as follows:

- Paragraph 12 and Certain Defendants' Answer thereto is renumbered to Paragraph 13.
- A new Paragraph 12 is inserted as follows:

12. On information and belief, KEVIN KIHNKE ("Kihnke") is an individual that resides in Grand Rapids, Michigan. Kihnke is owner and president of L&K and is the primary decision-maker for the package design of L&K's coffee products, including coffee products that have been falsely designated as originating from "Kona." Kihnke is also solely responsible for determining the percentage of Kona coffee included in L&K's "Kona" coffee products.

**ANSWER**: [Defendant] lacks sufficient information to admit or deny the allegations in Paragraph 12, and therefore denies the same.

- All Answers after new Paragraph 12 will correspond with the original paragraph numbering plus one. For example, a Defendant's response to Paragraph 23 of

STIPULATION AND ORDER RE: DEFS' ANSWER TO TAC
(2:19-cv-00290-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

the First Amended Complaint now answers Paragraph 24 in the Third Amended Complaint.

5. The parties accordingly stipulate that no defendant other than L&K Coffee Co. LLC and Kevin Kihnke needs to answer the Third Amended Complaint. The previously filed Answers to the First Amended Complaint, along with the subsequent stipulation regarding affirmative defenses [Dkt. 190], and subject to the Court's Order Striking Affirmative Defenses [Dkt. 230] and the above specifications, will be treated as Answers to the Third Amended Complaint.

STIPULATION AND ORDER RE: DEFS' ANSWER TO TAC
(2:19-cv-00290-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Dated: January 22, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants Costco Wholesale Corporation,; Gold Coffee Roasters, Inc.; The Kroger Co.; Albertson's Companies Inc.; Safeway Inc.; Walmart, Inc.; The TJX Companies d/b/a T.J. Maxx; Marshalls of MA, Inc. d/b/a Marshalls; Amazon.Com, Inc.; Bed Bath & Beyond Inc.; and Costa Rican Gold Coffee Co., Inc.*

By: *s/ Jaime Drozd Allen*
    Jaime Drozd Allen, WSBA #35742
    Stephen M. Rummage, WSBA #11168
    Ambika Doran, WSBA #38237
    Jacob M. Harper (*pro hac vice*)
    Benjamin J. Robbins, WSBA #53376
    Aaron Ross, WSBA #56003
    Sarah Cox, WSBA #46703
    Rose McCarty, WSBA #54282
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 757-8039
    Fax: (206) 757-7039
    Email: jaimeallen@dwt.com

CADES SCHUTTE LLP
*Attorneys for Defendant MNS Ltd.*

By *s/ Kelly LaPorte (per e-mail auth.)*
    Kelly G. LaPorte, *pro hac vice*
    Nathaniel Dang, *pro hac vice*
    1000 Bishop Street, 12th Floor
    Honolulu, HI 96813
    Telephone: (808) 521-9200
    Fax: (808) 521-9210
    Email: klaporte@cades.com
    Email: ndang@cades.com

KARR TUTTLE CAMPBELL
*Attorneys for Plaintiffs and the Proposed Class*

By: *s/ Nathan Paine (per e-mail auth.)*
    Paul Richard Brown, WSBA#19357
    Nathan T. Paine, WSBA #34487
    Daniel T. Hagen, WSBA #54015
    Mark A. Bailey, WSBA #26337
    Andrew W. Durland, WSBA#49747
    Joshua Howard, WSBA #52189
    701 Fifth Ave, Suite 3300
    Seattle, WA 98104
    Telephone: (206) 233-1313
    Email: pbrown@karrtuttle.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: *s/ Daniel Seltz (per emal auth.)*
    Daniel E. Seltz (*pro hac vice*)
    Jason L. Lichtman (*pro hac vice*)
    Andrew R. Kaufman (*pro hac vice*)
    Michael W. Sobol (*pro hac vice*)
    250 Hudson Street, 8th Floor
    New York, NY 10013
    Telephone: (212) 355-9500
    Email: dseltz@lchb.com

LANE POWELL PC
*Attorneys for Hawaiian Isles Coffee Company, Ltd.*

By: *s/ Erin Wilson (per e-mail auth.)*
    Erin M. Wilson, WSBA #42454
    Tiffany Scott Connors, WSBA #41740
    Laura Marquez-Garrett, WSBA #41010
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA 98111-9402
    Telephone: (206) 223-7000
    Fax: (206) 223-7107
    E-mail: wilsonem@lanepowell.com
    E-mail: connorst@lanepowell.com
    E-mail: garrettl@lanepowell.com

STIPULATION AND ORDER RE: DEFS' ANSWER TO TAC (2:19-cv-00290-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| BULLIVANT HOUSER BAILEY, PC<br>*Attorneys for Defendant MNS Ltd.* | BUCHALTER<br>A Professional Corporation<br>*Attorneys for Defendant Mulvadi Corporation* |
| By *s/ Daniel Bentson (per e-mail auth.)*<br>    Daniel R. Bentson, WSBA #36825<br>    Owen R. Mooney, WSBA #45779<br>    1700 Seventh Avenue, Suite 1810<br>    Seattle, WA  98101<br>    Telephone: (206) 292-8930<br>    Fax: (206) 386-5130 | By: *s/ John Crosetto (per e-mail auth.)*<br>    Bradley P. Thoreson, WSBA #18190<br>    John Crosetto, WSBA # 36667<br>    1420 Fifth Ave., Ste. 3100<br>    Seattle, WA 98101-1337<br>    Telephone: (206) 319-7052<br>    Email: bthoreson@buchalter.com |

DORSEY & WHITNEY LLP
*Attorneys for Defendant Sprouts Farmers Market, Inc.*

By *s/ Erin Kolter (per e-mail auth.)*
    J. Michael Keyes, WSBA #29215
    Erin C. Kolter, WSBA #53365
    Brian J. Janura, WSBA #50213
    Columbia Center
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104
    Telephone: (206) 903-8800
    Email: keyes.mike@dorsey.com

## ORDER

IT IS SO ORDERED.

Dated this 25th day of January, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER RE: DEFS' ANSWER TO TAC
(2:19-cv-00290-RSL) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax