UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, d/b/a RANCHO ALOHA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, *et al.*, <br><br> Defendants. | Cause No. C19-0290RSL <br><br> ORDER GRANTING UNOPPOSED MOTION TO SEAL |

This matter comes before the Court on defendant L&K Coffee Co., LLC's unopposed "Motion to Seal Declaration of Kevin Kihnke." Dkt. # 371. There being good cause to shield from public view Mr. Kihnke's medical records and information, the motion is GRANTED. Dkt. # 374 shall remain under seal.

Dated this 1st day of February, 2021.

Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO SEAL  - 1