|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | The Honorable Robert S. Lasnik |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS; and SMITHFARMS, LLC, a Hawaii limited liability company, on behalf of themselves and others similarly situated, | | CASE NO. 2:19-CV-00290-RSL |
| | | **NOTICE OF SETTLEMENTS WITH GOLD COFFEE ROASTERS, INC., COSTA RICAN GOLD COFFEE COMPANY, INC., AND COSTCO WHOLESALE CORPORATION, AND REQUEST TO STAY DEADLINES** |
| Plaintiffs, | | |
| v. | | Noted for Consideration: February 9, 2021 |
| COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii | | |

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL

2128905.2

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1  Corporation; THE TJX COMPANIES d/b/a T.J. MAXX, a Delaware Corporation; MARSHALLS OF
2  MA, INC. d/b/a MARSHALLS, a Massachusetts corporation; SPROUTS FARMERS MARKET,
3  INC. a Delaware corporation; COSTA RICAN GOLD COFFEE CO., INC., a Florida Corporation;
4  and KEVIN KIHNKE, an individual,
5            Defendants.

7  Plaintiffs notify the Court that they have reached a proposed class-wide settlement with
8  Defendants Gold Coffee Roasters, Inc. and Costa Rican Gold Coffee Company, Inc., and a
9  proposed class-wide settlement with Defendant Costco Wholesale Corporation.  The settling
10 parties have executed the two respective settlement agreements and are working diligently to
11 prepare preliminary approval papers.  The settling parties request that the Court stay all deadlines
12 as to Gold Coffee Roasters, Inc., Costa Rican Gold Coffee Company, Inc., and their respective
13 products, along with Costco Wholesale Corporation.
14      A proposed order is attached.
15      Dated: February 9, 2021

16 KARR TUTTLE CAMPBELL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

18 Paul Richard Brown, WSBA #19357
Nathan T. Paine, WSBA #34487
Daniel T. Hagen, WSBA #54015
19 Andrew W. Durland, WSBA #49747
Joshua M. Howard, WSBA #52189
20 701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
21 206.223.1313
npaine@karrtuttle.com

/s/ *Daniel E. Seltz*
Jason L. Lichtman (*pro hac vice*)
Daniel E. Seltz (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212-355-9500
dseltz@lchb.com

Andrew Kaufman (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN  37201
615.313.9000

*Attorneys for the Plaintiffs
and the Proposed Class*

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL

2128905.2

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592