UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-00290RSL<br><br>**ORDER STAYING CASE DEADLINES AS TO GOLD COFFEE ROASTERS, INC., COSTA RICAN GOLD COFFEE COMPANY, INC., AND COSTCO WHOLESALE CORPORATION** |

Plaintiffs have filed a Notice of Settlements with Gold Coffee Roasters, Inc. Costa Rican Gold Coffee Company, Inc., and Costco Wholesale Corporation ("Settling Defendants"). All case deadlines with respect to the Settling Defendants, and as to Gold Coffee Roasters, Inc. and Costa Rican Gold Coffee Company, Inc.'s products, are STAYED. This order does not affect discovery or deadlines as applied to any other Defendants.

DATED this 10th day of February, 2021.

*/s/ Robert S. Lasnik*
The Honorable Judge Robert S. Lasnik
United States District Court Judge

ORDER
CASE No. 2:19-CV-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592