UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-00290<br><br>**ORDER STAYING CASE DEADLINES AS TO AMAZON.COM, INC. AND BED BATH AND BEYOND INC.** |

Plaintiffs have filed Notices of Settlements with each of the suppliers whose products are at issue for Defendants Amazon.com, Inc. ("Amazon") and Bed Bath & Beyond Inc. ("Bed Bath"). Each of those settlements releases that supplier's retailers' liability. Given this, all case deadlines with respect to Amazon and Bed Bath are STAYED. This order does not affect discovery or deadlines as applied to any other Defendants.

Dated this 3rd day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
CASE NO. 2:19-CV-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592