The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS; and SMITHFARMS, LLC, a Hawaii limited liability company,  on behalf of themselves and others similarly situated, | CASE NO. 2:19-CV-00290-RSL  **STIPULATED REQUEST TO STAY DEADLINES AND  ORDER** |
| Plaintiffs, | |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a | |

Delaware Corporation; MNS LTD., a Hawaii Corporation; THE TJX COMPANIES d/b/a T.J. MAXX, a Delaware Corporation; MARSHALLS OF MA, INC. d/b/a MARSHALLS, a Massachusetts corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; COSTA RICAN GOLD COFFEE CO., INC., a Florida Corporation; and KEVIN KIHNKE, an individual,

Defendants.

Plaintiffs and Walmart Inc. ("Walmart") hereby jointly request a stay of all discovery and case deadlines as to Walmart. This request is based on the settlements preliminarily approved by this Court (Dkts. 400, 414), each of which releases Walmart's liability for its settling suppliers' products. A stay is appropriate because, if those settlements are finally approved, Plaintiffs will dismiss all of their claims against Walmart as to all accused products. A proposed order is attached.

Dated: May 4, 2021

| KARR TUTTLE CAMPBELL | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| Paul Richard Brown, WSBA #19357<br>Nathan T. Paine, WSBA #34487<br>Daniel T. Hagen, WSBA #54015<br>Andrew W. Durland, WSBA #49747<br>Joshua M. Howard, WSBA #52189<br>701 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>206.223.1313<br>npaine@karrtuttle.com | /s/ *Daniel E. Seltz*<br>Jason L. Lichtman (*pro hac vice*)<br>Daniel E. Seltz (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: 212-355-9500<br>dseltz@lchb.com<br><br>Andrew Kaufman (*pro hac vice*)<br>222 2nd Avenue South, Suite 1640<br>Nashville, TN 37201<br>615.313.9000<br><br>*Attorneys for the Plaintiffs and the Proposed Class* |

-3-

1  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Defendant Walmart Inc.*
2
   By: *s/ Jaime Drozd Allen*
3      Jaime Drozd Allen, WSBA #35742
       Stephen M. Rummage, WSBA #11168
4      Ambika Doran, WSBA #38237
       Jacob M. Harper (*pro hac vice*)
5      Benjamin J. Robbins, WSBA #53376
       Aaron Ross, WSBA #56003
6      Sarah Cox, WSBA #46703
       Rose McCarty, WSBA #54282
7      920 Fifth Avenue, Suite 3300
       Seattle, WA  98104-1610
8      Telephone: (206) 757-8039
       Fax: (206) 757-7039
9      E-mail: jaimeallen@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Pursuant to the above stipulation, it is SO ORDERED.

DATED: May 5, 2021

_____
UNITED STATES DISTRICT JUDGE