| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | UNITED STATES DISTRICT COURT | |
| 7 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |
| 8 | BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS; and SMITHFARMS, LLC, a Hawaii limited liability company, on behalf of themselves and others similarly situated, | CIVIL ACTION NO. 2:19-cv-00290 **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENT** |
| 13 | Plaintiffs, | |
| 14 | v. COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a | |

ORDER

Delaware Corporation; MNS LTD., a Hawaii Corporation; THE TJX COMPANIES d/b/a T.J. MAXX, a Delaware Corporation; MARSHALLS OF MA, INC. d/b/a MARSHALLS, a Massachusetts corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; COSTA RICAN GOLD; COFFEE CO., INC., a Florida Corporation; and KEVIN KIHNKE, an individual,

        Defendants.

THIS MATTER came before the Court on the Plaintiffs' Motion to Seal. Dkt. # 426. The Court has considered the submissions of counsel.

NOW, THEREFORE, it is hereby ORDERED, that Plaintiffs' Motion is GRANTED. The unredacted Verlinda and Paek Declaration (Dkt. # 427), and the unredacted Schreck Declaration (Dkt. # 428), shall remain sealed.

DATED this 21st day of June, 2021.

*/s/ Robert S. Lasnik*
The Honorable Judge Robert S. Lasnik
United States District Court Judge