The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al; <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington corporation; et al. <br><br> Defendants. | CIVIL ACTION NO. 2:19-cv-00290 <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF CLASS CERTIFICATION DEADLINE |

The above entitled Court, having received and reviewed the Unopposed Motion for Extension of Class Certification Deadline, HEREBY ORDERS: the Motion for Extension of Class Certification Deadline is GRANTED.

IT IS HEREBY ORDERED that the case schedule in the above-entitled matter is hereby amended, extending the deadline for Plaintiffs' class certification motion by 14 days to September 10, 2021.

Dated this 30th day of August, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
CLASS CERTIFICATION DEADLINE - 1
CASE NO. 2:19-cv-00290

| | |
|---|---|
| 1 | Presented by: |
| 2 | KARR TUTTLE CAMPBELL, P.S. |
| 3 | |
| 4 | *s/Joshua M. Howard*<br>Nathan T. Paine, WSBA #34487 |
| | Paul Richard Brown, WSBA #19357 |
| 5 | Daniel T. Hagen, WSBA #54015 |
| | Andrew W. Durland, WSBA #49747 |
| 6 | Joshua M. Paine, WSBA #52189 |
| 7 | 701 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104 |
| 8 | Telephone: (206) 223-1313<br>Email: pbrown@karrtuttle.com |
| 9 |       npaine@karrtuttle.com<br>      dhagen@karrtuttle.com |
| 10 |       adurland@karrrtuttle.com<br>      jhoward@karrtuttle.com |
| 11 | |
| 12 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 13 | |
| 14 | *s/Jason L. Lichtman*<br>Jason L. Lichtman (*pro hac vice*) |
| 15 | Daniel E. Seltz (*pro hac vice*)<br>250 Hudson Street, 8th Floor |
| 16 | New York, NY  10013-1413<br>Telephone: (212) 355-9500 |
| 17 | Email: jlichtman@lchb.com<br>      dseltz@lchb.com |
| 18 | Andrew Kaufman (*pro hac vice*) |
| 19 | 222 Second Avenue South, Suite 1640<br>Nashville, TN  37201 |
| 20 | Telephone: (615) 313-9000<br>Email: akaufman@lchb.com |
| 21 | Michael W. Sobol (*pro hac vice*) |
| 22 | 275 Battery Street<br>San Francisco, CA 94111 |
| 23 | Telephone: (415) 956-1000<br>Email: msobol@lchb.com |
| 24 | *Attorneys for the Plaintiffs and the Proposed Class* |
| 25 | |
| 26 | |

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
CLASS CERTIFICATION DEADLINE - 2
CASE NO. 2:19-cv-00290

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100