The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS; and SMITHFARMS, LLC, a Hawaii limited liability company, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii | CASE NO. 2:19-CV-00290-RSL<br><br>**NOTICE OF SETTLEMENT WITH ALBERTSONS COMPANIES, INC. AND SAFEWAY INC., AND REQUEST TO STAY DEADLINES**<br><br>Noted for Consideration: August 30, 2021 |

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

| | |
|---|---|
| 1 | Corporation; THE TJX COMPANIES d/b/a T.J. MAXX, a Delaware Corporation; MARSHALLS OF MA, INC. d/b/a MARSHALLS, a Massachusetts corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; COSTA RICAN GOLD COFFEE CO., INC., a Florida Corporation; and KEVIN KIHNKE, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Plaintiffs notify the Court that they have reached a proposed class-wide settlement with Defendants Albertsons Companies, Inc. ("Albertsons") and Safeway Inc. ("Safeway"). The settling parties have executed a settlement agreement and Plaintiffs will be presenting preliminary approval papers on or before December 21, 2021. The settling parties request that the Court stay all deadlines as to Albertsons and Safeway.

A proposed order is attached.

Dated: August 30, 2021

| KARR TUTTLE CAMPBELL | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| Paul Richard Brown, WSBA #19357<br>Nathan T. Paine, WSBA #34487<br>Daniel T. Hagen, WSBA #54015<br>Andrew W. Durland, WSBA #49747<br>Joshua M. Howard, WSBA #52189<br>701 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>206.223.1313<br>npaine@karrtuttle.com | /s/ *Daniel E. Seltz*<br>Jason L. Lichtman (*pro hac vice*)<br>Daniel E. Seltz (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:  212-355-9500<br>dseltz@lchb.com<br><br>Andrew Kaufman (*pro hac vice*)<br>222 2nd Avenue South, Suite 1640<br>Nashville, TN  37201<br>615.313.9000<br><br>*Attorneys for the Plaintiffs and the Proposed Class* |

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592