The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; JAVA LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Florida corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a | CIVIL ACTION NO. 2:19-cv-00290<br><br>**[PROPOSED] ORDER STAYING CASE DEADLINES AS TO ALBERTSONS COMPANIES, INC. AND SAFEWAY INC.** |

[PROPOSED] ORDER
CASE NO. 2:19-CV-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

| | |
|---|---|
| 1 | Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; MARMAXX OPERATING CORP. d/b/a T.J. MAXX and MARSHALLS, a Delaware corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation, and KEVIN KIHNKE, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Plaintiffs have filed a Notice of Settlement with Albertsons Companies, Inc. ("Albertsons") and Safeway Inc. ("Safeway"). All case deadlines with respect to Albertsons and Safeway are STAYED. This order does not affect discovery or deadlines as applied to any other Defendants.

DATED this _____ day of _____, 2021.

_____
The Honorable Judge Robert S. Lasnik
United States District Court Judge

Presented by:

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

        */s/ Daniel E. Seltz*
Daniel E. Seltz (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212-355-9500
Email: dseltz@lchb.com

KARR TUTTLE CAMPBELL

Paul Richard Brown, WSBA #19357
Nathan T. Paine, WSBA #34487
Daniel T. Hagen, WSBA #54015
Andrew W. Durland, WSBA #49747
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
206.223.1313
npaine@karrtuttle.com

[PROPOSED] ORDER
CASE NO. 2:19-CV-00290-RSL

1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592