Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; | CIVIL ACTION NO. 2:19-cv-00290 |
| Plaintiffs, | JOINT UNOPPOSED MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES AND TRIAL DATE |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation; et al. | Noting Date: September 3, 2021 |
| Defendants. | |

Plaintiffs Bruce Corker d/b/a Rancho Aloha; Colehour Bondera and Melanie Bondera d/b/a Kanalani Ohana Farm, Robert Smith and Cecelia Smith d/b/a SmithFarms, and SmithFarms LLC request a 69-day extension of the deadline for class certification (in addition to the two-week extension granted by the Court last week), as well an approximately 90-day extension of remaining deadlines in this matter for the purpose of permitting additional time for mediation and settlement negotiations.

## I.    FACTS

Under the current extended case schedule, motions for class certification must be filed by September 10, 2021. Dkt. 520. In the interim, the majority of Defendants have settled and have been dismissed from this matter. Dkt. 478. Plaintiffs and Defendants L&K and Kroger have agreed

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    to a three-month extension of the case schedule, including the class certification deadline, to

2    facilitate mediation and settlement efforts.

3         Extension of remaining deadlines (except for the deadline to amend pleadings) will

4    facilitate continued mediation and settlement efforts with the Moving Defendant. Plaintiffs, L&K,

5    and Kroger further agree that a modified briefing schedule for class certification is appropriate to

6    accommodate holiday schedules of counsel. No party not already subject to a stay of case deadlines

7    has indicated any opposition this motion.

## II.    AUTHORITY

9         Modification of a scheduling order is within the broad discretion of the district court.

10   *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992). The standard the Court

11   applies when determining whether modification of a case schedule is appropriate is that of "good

12   cause." Fed. R. Civ. P. 16(b)(4). In determining whether "good cause" exists, the Court considers

13   the diligence of the party seeking the amendment and the prejudice to the non-moving party.

14   *Johnson*, 975 F.2d 604 (9th Cir. 1992).

15        In this case, there is no prejudice to any party in amending the case schedule. Plaintiffs

16   have agreed with Defendant L&K that a three-month extension of the case schedule will allow

17   further settlement discussion pending a ruling on L&K's insurers' duty to defend the instant

18   litigation by the Western District of Michigan.  Plaintiffs have agreed with Defendant Kroger on

19   the same extension.  On August 13, 23, 25, and 26, Plaintiffs e-mailed Defendants regarding the

20   instant motion. On August 25, 26, and 30, 2021, Defendants Kroger and L&K stipulated to the

21   instant motion and case schedule. The remaining Defendants have not stated any opposition to the

22   instant motion. Good cause exists because the proposed extension will permit L&K to receive a

23   ruling on parallel litigation regarding its insurer's duty to defend the instant litigation, which will

24   have a significant impact on continuing settlement discussions between the Plaintiffs and L&K.

25   The modified briefing schedule for class certification has been proposed to accommodate holiday

26   schedules.

JOINT UNOPPOSED MOTION FOR EXTENSION OF
CASE SCHEDULING DEADLINES AND TRIAL
DATE - 2
CASE NO. 2:19-cv-00290
#5058395 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

There is also good cause to extend the current class certification deadline as to the other remaining defendants. First, judicial efficiency dictates that Plaintiffs file a single class certification as to all of the remaining defendants. Plaintiffs should file their motion against these other defendants at the same time that they file their motion against L&K. Second, there remain significant unresolved issues relating to the discovery provided to date by Defendant Mulvadi Corporation, as illustrated in the just-decided motion for clarification.

### III.    CONCLUSION

The moving parties request the Case Schedule be amended, extending the deadline for filing a class certification motion by 69 days and the remaining case deadlines (except for the deadline to amend pleadings) by approximately 90 days. A Proposed Order is appended to this Motion.

Respectfully submitted this 3rd day of September 2021.

KARR TUTTLE CAMPBELL

*s/Joshua M. Howard*
Nathan T. Paine, WSBA #34487
Paul Richard Brown, WSBA #19357
Daniel T. Hagen, WSBA #54015
Joshua M. Howard, WSBA # 52189
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: 206.223.1313
Email: npaine@karrtuttle.com
         pbrown@karrtuttle.com
         dhagen@karrtuttle.com
         jhoward@karrtuttle.com

Michael W. Sobol *(pro hac vice)*
275 Battery Street
San Francisco, CA 94111
Phone: 415.956.1000
Email: msobol@lchb.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*s/ Jason L. Lichtman*
Jason L. Lichtman *(pro hac vice)*
Daniel E. Seltz *(pro hac vice)*
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Phone: 212.355.9500
Email: jlichtman@lchb.com
         dseltz@lchb.com

Andrew Kaufman *(pro hac vice)*
222 2nd Avenue South, Suite 1640
Nashville, TN  37201
Phone: 615.313.9000
Email: akaufman@lchb.com

*Attorneys for the Plaintiffs*
*and the Proposed Class*

JOINT UNOPPOSED MOTION FOR EXTENSION OF
CASE SCHEDULING DEADLINES AND TRIAL
DATE - 3
CASE NO. 2:19-cv-00290
#5058395 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF SERVICE

I, Jan Likit, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104. On this day, I caused to be filed with the Court a true and correct copy of the foregoing document via the Court's electronic filing system, which caused service of the document to all parties registered to receive notifications through CM/ECF.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 3rd day of September, 2021, at Seattle, Washington.

*s/Jan Likit*
Jan Likit
Legal Assistant

JOINT UNOPPOSED MOTION FOR EXTENSION OF
CASE SCHEDULING DEADLINES AND TRIAL
DATE - 4
CASE NO. 2:19-cv-00290
#5058395 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100