UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al; <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington corporation; et al. <br><br> Defendants. | CIVIL ACTION NO. 2:19-cv-00290 <br><br> ORDER GRANTING JOINT UNOPPOSED MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES AND TRIAL DATE |

The above entitled Court, having received and reviewed the Joint Unopposed Motion for Extension of Class Certification Deadline and Other Case Scheduling Deadlines, HEREBY ORDERS: the Motion for Extension of Case Scheduling Deadlines and Trial Dates is GRANTED.

IT IS HEREBY ORDERED that the case schedule in the above-entitled matter is hereby amended, extending the deadline for Plaintiffs' class certification motion and most other case deadlines by 90 days. The case schedule, with dates adjusted for weekends as necessary, is hereby amended as follows:

///

///

///

///

ORDER GRANTING JOINT UNOPPOSED MOTION FOR
EXTENSION OF CASE SCHEDULING DEADLINES AND
TRIAL DATE - 1
CASE NO. 2:19-cv-00290

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| Deadline | Deadlines |
|---|---|
| TRIAL DATE | **Mon, Mar 6, 2023** |
| Deadline for filing motion to amend pleadings | **Tue, Sep 28, 2021** |
| Class certification motion must be filed by | **Thu, Nov 18, 2021** |
| Class certification opposition must be filed by | **Mon, Dec 13, 2021** |
| Class certification reply must be filed by | **Thu, Dec 23, 2021** |
| Fact discovery completed by | **Fri, Mar 11, 2022** |
| Reports from expert witnesses under FRCP 26(a)(2) due | **Wed, Apr 13, 2022** |
| Rebuttal reports from expert witnesses due | **Wed, May 25, 2022** |
| Reply reports from expert witnesses due | **Wed, Jun 22, 2022** |
| Expert discovery completed by | **Wed, Jul 20, 2022** |
| Settlement conference held no later than | **Wed, Jul 27, 2022** |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | **Wed, Aug 10, 2022** |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter | **Thu, Jan 19, 2023** |
| Agreed pretrial order due | **Fri, Jan 27, 2023** |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | **Mon, Feb 20, 2023** |

It is so **ORDERED**.

EXECUTED this 7th day of September, 2021.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT UNOPPOSED MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES AND TRIAL DATE - 2
CASE NO. 2:19-cv-00290

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100