The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS; and SMITHFARMS, LLC, a Hawaii limited liability company,  on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii | CASE NO. 2:19-CV-00290-RSL<br><br>**NOTICE OF SETTLEMENT WITH THE KROGER CO. AND REQUEST TO STAY DEADLINES**<br><br>Noted for Consideration: October 19, 2021 |

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL

2315251.1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1    Corporation; THE TJX COMPANIES d/b/a T.J.
MAXX, a Delaware Corporation; MARSHALLS OF
2    MA, INC. d/b/a MARSHALLS, a Massachusetts
corporation; SPROUTS FARMERS MARKET,
3    INC. a Delaware corporation; COSTA RICAN
GOLD COFFEE CO., INC., a Florida Corporation;
4    and KEVIN KIHNKE, an individual,

5                 Defendants.

6

7

8       Plaintiffs notify the Court that they have reached a proposed class-wide settlement with

9 Defendant The Kroger Co. ("Kroger").  The parties have executed a term sheet, and are working

10 diligently on a full settlement agreement to be submitted with a motion for preliminary approval.

11 The settling parties request that the Court stay all deadlines as to Kroger.

12       A proposed order is attached.

13       Dated: October 19, 2021

14 KARR TUTTLE CAMPBELL         LIEFF CABRASER HEIMANN &
                                    BERNSTEIN, LLP
15

16 Paul Richard Brown, WSBA #19357    /s/ *Daniel E. Seltz*
Nathan T. Paine, WSBA #34487       Jason L. Lichtman (*pro hac vice*)
Daniel T. Hagen, WSBA #54015      Daniel E. Seltz (*pro hac vice*)
17 Joshua M. Howard, WSBA #52189    250 Hudson Street, 8th Floor
701 Fifth Avenue, Suite 3300       New York, NY  10013-1413
18 Seattle, Washington 98104         Telephone:  212-355-9500
206.223.1313                dseltz@lchb.com
19 npaine@karrtuttle.com

20                             Andrew Kaufman (*pro hac vice*)
                            222 2nd Avenue South, Suite 1640
21                             Nashville, TN  37201
                            615.313.9000
22

23                             *Attorneys for the Plaintiffs*
                            *and the Proposed Class*

24

25

26

NOTICE OF SETTLEMENT
Case No. 2:19-CV-00290-RSL

2315251.1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592