The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al.<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.<br><br>Defendants. | CASE NO. 2:19-cv-00290-RSL<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT MULVADI CORPORATION<br><br>Consideration Date: November 12, 2021 |

Plaintiffs request leave to file a 24-page brief in support of Plaintiffs' Motion for Sanctions Against Defendant Mulvadi Corporation ("Mulvadi"), *see* Fed. R. Civ. P. 7(f), which will include a request that the Court strike Mulvadi's Answer and enter an order of default. This is the first time Plaintiffs have requested leave to file an overlength brief in this matter.

Plaintiffs brought this lawsuit against Mulvadi and twenty-one other Defendants, alleging that Defendants falsely identified Kona as the source of their coffee in violation of the Lanham Act. *See* Dkt. 381; 15 U.S.C. §1125. Most of the defendants have litigated in good faith and complied with their discovery obligations.

PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF- 1
NO. 2:19-cv-00290-RSL
#5088074 v2 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Mulvadi has not. Over the past two years, Mulvadi has submitted perjured testimony, refused to cooperate in discovery, refused to follow the stipulated ESI Order, and has not complied with the Court's subsequent discovery orders. *See* Dkt. 248 (granting Plaintiffs' Motion to Compel Discovery); Dkt. 274 (denying Mulvadi's Motion for Reconsideration); Dkt. 487 (granting Plaintiffs' Second Motion to Compel Discovery and warning sanctions shall be imposed if Mulvadi fails to comply); Dkt. 523 (denying Mulvadi's Motion for Clarification and imposing sanctions). Mulvadi does, however, continue to sell and profit from its "100% Kona" products, even though these products do not appear to contain a meaningful amount of Kona coffee. *See* Dkt. 381 ¶¶ 13, 70-72, 136-39. The Court recently sanctioned Mulvadi for refusing to comply with its discovery order, *see* Dkt. 523, yet Mulvadi still has not complied with even that sanctions order.

Plaintiffs' Motion will seek entry of default and other sanctions for Mulvadi's discovery misconduct and repeated violations of the Court's unambiguous orders. While default is an extraordinary and harsh sanction, Plaintiffs' motion will show that this relief is necessary and appropriate because of Mulvadi's repeated misconduct. Plaintiffs seek leave to file this 24-page brief so that they may provide the Court a complete record of Mulvadi's misconduct, which includes perjury, multiple willful violations of the Court's Orders, disregard of the federal rules governing discovery, and repeated gamesmanship.

Because the Motion is potentially dispositive and given the gravity of the issues, consistent with the page limits for summary judgment motions, Plaintiffs request leave to file a 24-page brief.

///

///

///

PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF- 2
NO. 2:19-cv-00290-RSL
#5088074 v2 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Dated this 12th day of November 2021.

| | |
|---|---|
| KARR TUTTLE CAMPBELL | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| By: *s/ Daniel T. Hagen* <br>     Nathan T. Paine, WSBA #34487 <br>     Daniel T. Hagen, WSBA #54015 <br>     Joshua M. Howard, WSBA #52189 <br>     701 Fifth Avenue, Suite 3300 <br>     Seattle, Washington 98104 <br>     Telephone: 206-223-1313 <br>     Email: npaine@karrtuttle.com <br>            dhagen@karrtuttle.com <br>            jhoward@karrtuttle.com | By: _____ <br>     Jason L. Lichtman (*pro hac vice*) <br>     Daniel E. Seltz (*pro hac vice*) <br>     250 Hudson Street, 8th Floor <br>     New York, NY  10013-1413 <br>     Telephone: 212-355-9500 <br>     Email: jlichtman@lchb.com <br>            dseltz@lchb.com <br><br> Andrew Kaufman (*pro hac vice*) <br> 222 2nd Avenue South, Suite 1640 <br> Nashville, TN 37201 <br> Telephone: 615-313-9000 <br> Email: akaufman@lchb.com <br><br> Michael W. Sobol (pro hac vice) <br> 275 Battery Street <br> San Francisco, CA 94111 <br> Telephone: 415-956-1000 <br> Email: msobol@lchb.com <br><br> *Attorneys for the Plaintiffs and the Proposed Class* |

PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF- 3
NO. 2:19-cv-00290-RSL
#5088074 v2 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## CERTIFICATE OF SERVICE

I, Sherelyn Anderson, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98101. On this day, I caused to be filed with the Court a true and correct copy of the foregoing via the Court's electronic filing system, which caused service of the document to all parties registered to receive notifications through CM/ECF.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated this 12th day of November 2021, at Seattle, Washington.

*s/ Sherelyn Anderson*
Sherelyn Anderson
Litigation Legal Assistant

PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF- 4
NO. 2:19-cv-00290-RSL
#5088074 v2 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100