The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al.<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.<br><br>Defendants. | CASE NO. 2:19-cv-00290-RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT MULVADI CORPORATION |

THIS MATTER has come before the Court pursuant to Local Rule 7(f) on Plaintiffs' Motion for Leave to File Overlength Brief in Support of Motion for Sanctions Against Defendant Mulvadi Corporation, requesting that the Court grant leave to file a brief in excess of the twelve-page limit imposed by Local Rule 7(e)(2), in support of Plaintiffs' Motion for Sanctions Against Defendant Mulvadi (the "Motion").

Having reviewed Plaintiffs' Motion for Leave to File Overlength Brief in Support of Motion for Sanctions Against Mulvadi and all relevant records and files herein, the Court hereby

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVERLENGTH BRIEF- 1
NO. 2:19-cv-00290-RSL
#5088474 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

GRANTS Plaintiffs' Motion for Leave to File Overlength Brief. The page limit for Plaintiffs' Motion for Sanctions shall be twenty-four (24) pages. As required under LR 7(f)(4), the page limit for Defendant Mulvadi's response shall also be twenty-four (24) pages, and any reply shall be limited to twelve (12) pages.

Dated this 12th day of November 2021.

KARR TUTTLE CAMPBELL

By: s/ Daniel T. Hagen
  Nathan T. Paine, WSBA #34487
  Daniel T. Hagen, WSBA #54015
  Joshua M. Howard, WSBA #52189
  701 Fifth Avenue, Suite 3300
  Seattle, Washington 98104
  Telephone: 206-223-1313
  Email: npaine@karrtuttle.com
       dhagen@karrtuttle.com
       jhoward@karrtuttle.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
  Jason L. Lichtman (*pro hac vice*)
  Daniel E. Seltz (*pro hac vice*)
  250 Hudson Street, 8th Floor
  New York, NY 10013-1413
  Telephone: 212-355-9500
  Email: jlichtman@lchb.com
       dseltz@lchb.com

  Andrew Kaufman (*pro hac vice*)
  222 2nd Avenue South, Suite 1640
  Nashville, TN 37201
  Telephone: 615-313-9000
  Email: akaufman@lchb.com

  Michael W. Sobol (*pro hac vice*)
  275 Battery Street
  San Francisco, CA 94111
  Phone: 415-956-1000
  Email: msobol@lchb.com

*Attorneys for the Plaintiffs and the Proposed Class*

Dated this 15th day of November, 2021.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVERLENGTH BRIEF- 2
NO. 2:19-cv-00290-RSL
#5088474 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100