UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.,<br><br>　　　　Defendants. | No. 2:19-cv-00290-RSL<br><br>**ORDER GRANTING DEFENDANTS L&K COFFEE CO., LLC, AND KEVIN KIHNKE'S MOTION FOR OVER-LENGTH BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**ORDER GRANTING PERMISSION TO FILE OVER-LENGTH BRIEF**

Good cause appearing, defendants L&K Coffee Co., LLC ("L&K"), and Kevin Kihnke ("Kihnke," collectively hereafter the "L&K defendants") are hereby permitted to file an overlength brief in opposition to plaintiffs' Motion for Class Certification. The L&K defendants are granted permission to file a brief of no more than 30 pages--- 6 extra pages--- rather than the normally allowed 24 pages. The plaintiffs are allowed 3 extra pages for their reply brief. *See* LR 7(e)(3).

Dated this 5th day of January, 2022.

　　　　　　　　　　　　　　　　*Robert S. Lasnik* (signature)
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

| | |
|---|---|
| ORDER ALLOWING OVER-LENGTH BRIEF<br>CASE No. 2:19-CV-00290-RSL<br>Page No.  0 | HATTON, PETRIE & STACKLER APC<br>12 Journey, Ste 255<br>Aliso Viejo, CA 92656, PH 949-474-4222 |