UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>Defendants. | Cause No. C19-0290RSL<br><br>ORDER STRIKING OBJECTIONS |

This matter comes before the Court on "Defendants L&K Coffee Co., LLC, and Kevin Kihnke's Objections to Evidence Submitted by Plaintiffs in Support of Motion for Class Certification." Dkt. # 590. The submission does not comply with LCR 7(g), which specifies that "[r]equests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall be included in the responsive brief . . . ." The Court will not consider defendants' separately stated objections.

Dated this 25th day of January, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER STRIKING OBJECTIONS - 1