The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al.<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.<br><br>Defendants. | CASE NO. 2:19-cv-00290-RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED REPLY |

THIS MATTER has come before the Court pursuant to Local Rule 7(f) on Plaintiffs' Motion for Leave to File Consolidated Reply, requesting that the Court grant leave for Plaintiffs to file a single 39-page reply in support of its Motion for Class Certification (the "Motion").

Having reviewed Plaintiffs' Motion for Leave to File Consolidated Reply and all relevant records and files herein, the Court hereby:

GRANTS Plaintiffs' Motion for Leave to File Consolidated Reply. Plaintiffs may file a single consolidated Reply to Defendants Mulvadi Corporation ("Mulvadi"), L&K Coffee Co LL and Kevin Kihnke (collectively "L&K"), and MNS, Inc.'s Responses to Motion for Class

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE CONSOLIDATED REPLY - 1
NO. 2:19-cv-00290-RSL
#5088474 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Certification. *See* Dkts. 581, 587, 589. The page limit for Plaintiffs' Consolidated Reply shall be thirty-nine (39) pages.

So Ordered this 26th day of January, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

KARR TUTTLE CAMPBELL

By: *s/ Joshua M. Howard*
Nathan T. Paine, WSBA #34487
Daniel T. Hagen, WSBA #54015
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-223-1313
Email: npaine@karrtuttle.com
dhagen@karrtuttle.com
jhoward@karrtuttle.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: *[signature]*
Jason L. Lichtman (*pro hac vice*)
Daniel E. Seltz (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212-355-9500
Email: jlichtman@lchb.com
dseltz@lchb.com

Andrew Kaufman (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615-313-9000
Email: akaufman@lchb.com

Michael W. Sobol (*pro hac vice*)
275 Battery Street
San Francisco, CA 94111
Phone: 415-956-1000
Email: msobol@lchb.com

*Attorneys for the Plaintiffs and the Proposed Class*

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE CONSOLIDATED REPLY - 2
NO. 2:19-cv-00290-RSL
#5088474 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100