UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al;<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-00290<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR REPLY |

The Court, having received and reviewed the Unopposed Motion for Extension of Plaintiffs' Deadline for Reply, the Responses (if any) and the files herein, HEREBY ORDERS: the Motion for Extension of Deadline for Reply is GRANTED.

IT IS HEREBY ORDERED that Plaintiffs' deadline for Reply in Support of Motion for Class Certification is extended to February 15, 2022.

Dated this 28th day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION
OF DEADLINE FOR REPLY- 1
CASE NO. 2:19-cv-00290
#5119112 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100