UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, d/b/a RANCHO ALOHA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C19-0290RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL** |

　　THIS MATTER comes before the Court on "Defendant Kevin Kihnke's Motion to Maintain Certain Financial Information Under Seal." Dkt. # 492. The motion is unopposed. Defendant asserts that the spreadsheets regarding L&K's sales revenue in the State of Washington reflect confidential, proprietary business information and that the public's need for access is limited. The Court agrees and, therefore, GRANTS the motion to seal: Dkt. # 495 shall remain under seal.

　　Dated this 1st day of March, 2022.

　　　　　　　　　　　　　　　　　　*Robert S. Lasnik* (signature)
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO SEAL - 1