The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, et al.,<br><br>Plaintiffs,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.,<br><br>Defendants. | No. 2:19-cv-00290-RSL<br><br>**DEFENDANT KEVIN KIHNKE'S NOTICE OF ERRATA IN ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT (DOCKET ENTRY NO. 628)** |

// // //

// // //

**NOTICE OF ERRATA -** 0
No. 2:19-cv-00290-RSL

**HATTON, PETRIE & STACKLER APC**
12 JOURNEY, STE 255
ALISO VIEJO, CA  92627
949.474.4222

Defendant Kevin Kihnke ("Kihnke"), inadvertently included affirmative defenses nos. 6, 7 and 8 in its answer to the Third Amended Complaint of plaintiffs in this matter (docket entry number 628).

Those affirmative defenses were withdrawn from a previous answer under a stipulation and order filed under docket entry no. 191 in this matter.

Pursuant to the terms of the stipulation and order filed under docket entry no. 191 those affirmative inadvertently appeared in the answer to the third amended complaint (docket entry number 628) and are hereby unilaterally stricken by Kihnke pursuant to the terms of docket entry No. 191 in this matter.

DATED this 3rd<sup>th</sup> day of March, 2022

*Attorneys for Defendant L&K Coffee Co. LLC d/b/a Magnum Coffee Roastery*

HATTON, PETRIE & STACKLER APC
By *s/ GREGORY M. HATTON*
Gregory M. Hatton, CA Bar No. 119810
12 Journey, Suite 255
Aliso Viejo, CA 92656
(949) 474-4222
g_hatton@hattonpetrie.com

ATKINS INTELLECTUAL PROPERTY, PLLC
Michael G. Atkins
113 Cherry Street #18483
Seattle, WA 98104-2205
mike@atkinsip.com

**NOTICE OF ERRATA** - 1
No. 2:19-cv-00290-RSL

HATTON, PETRIE & STACKLER APC
12 JOURNEY, STE 255
ALISO VIEJO, CA 92627
949.474.4222

**CERTIFICATE OF SERVICE**

     I, John A. McMahon, affirm and state that I am employed by Hatton, Petrie & Stackler APC, in Orange County, in the State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 12 Journey, Ste 255, Aliso Viejo, CA 92656. On this day, I caused the foregoing to be served on the parties by e-mail from my email address at j_mcmahon@hattonepetrie.com

     I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated this 3rd day of March 2022, at Aliso Viejo, California.

                                    HATTON, PETRIE & STACKLER, APC
                                    By: */s/ John A. McMahon*
                                    John A. McMahon, Attorney

**NOTICE OF ERRATA** - 2
No. 2:19-cv-00290-RSL

**HATTON, PETRIE & STACKLER APC**
12 JOURNEY, STE 255
ALISO VIEJO, CA  92627
949.474.4222