UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al; <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington corporation; et al. <br><br> Defendants. | Cause No. 2:19-cv-00290RSL <br><br> ORDER GRANTING JOINT MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES |

The above entitled Court, having received and reviewed the joint motion[1] for extension of case scheduling deadlines, HEREBY ORDERS: the Motion for Extension of Case Scheduling Deadlines is GRANTED.

IT IS HEREBY ORDERED that the case schedule in the above-entitled matter is hereby amended, extending the deadline for all parties' expert-related discovery and dispositive motions by six weeks. The case schedule, with dates adjusted for weekends as necessary, is hereby amended as follows:

///

///

///

---

[1] At this point, it is unclear whether defendant Mulvadi opposes the continuance or not.

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF CASE SCHEDULING
DEADLINES AND TRIAL DATE - 1
CASE NO. 2:19-cv-00290
#5055034 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| Deadlines | Deadlines |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | June 23, 2022 |
| Rebuttal reports from expert witnesses due | August 4, 2022 |
| Reply reports from expert witnesses due | September 1, 2022 |
| Expert discovery completed by | September 30, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | October 20, 2022 |

Dated this 10th day of May, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES AND TRIAL DATE - 2
CASE NO. 2:19-cv-00290
#5055034 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

*Presented by:*

KARR TUTTLE CAMPBELL, P.S.

*s/ Joshua M. Howard*
Nathan T. Paine, WSBA #34487
Daniel T. Hagen, WSBA #54015
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206.223-1313
Email: npaine@karrtuttle.com
	dhagen@karrtuttle.com
	jhoward@karrtuttle.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*s/ Jason L. Lichtman*
Jason L. Lichtman (*pro hac vice*)
Daniel E. Seltz (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Email: jlichtman@lchb.com
	dseltz@lchb.com

Andrew Kaufman (*pro hac vice*)
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
Email: akaufman@lchb.com

Michael W. Sobol (*pro hac vice*)
275 Battery Street
San Francisco, CA 94111
Telephone: 415.956.1000
Email: msobol@lchb.com

*Attorneys for the Plaintiffs and the Proposed Class*

HATTON, PETRIE & STACKLER APC

*s/ Gregory M. Hatton*
Gregory M. Hatton, CA Bar No. 119810
12 Journey, Suite 255
Aliso Viejo, CA 92656
Phone: 949.474.4222
Email: g_hatton@hattonpetrie.com

*Attorney for Defendants L&K Coffee Co. LLC and Kevin Kihnke*

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES AND TRIAL DATE - 3
CASE NO. 2:19-cv-00290
#5055034 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

CERTIFICATE OF SERVICE

I, Rondi Moreau, certify that on May 9, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*s/ Rondi Moreau*
Rondi C. Moreau
Litigation Legal Assistant

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES AND TRIAL DATE - 4
CASE NO. 2:19-cv-00290
#5055034 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100