UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, d/b/a RANCHO ALOHA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Cause No. C19-0290RSL<br><br>ORDER AWARDING FEES AND COSTS |

This matter comes before the Court on plaintiffs' "Motion for Attorneys' Fees and Costs." Dkt. # 527. The Court previously found that defendant Mulvadi Corporation's motion for clarification was procedurally and substantively flawed and invited plaintiffs to "file a declaration and supporting documentation to establish the reasonable fees and costs incurred in opposing Mulvadi's motion . . . ." Dkt. # 523 at 2. Having reviewed the submissions of the parties, the Court finds that the hourly rates charged and number of hours billed by plaintiffs' counsel in responding to Mulvadi's motion were reasonable. The Court declines to award fees for the fee petition, however.

//

ORDER AWARDING FEES AND COSTS - 1

Plaintiffs' motion for attorney's fees and costs is GRANTED in part. Mulvadi shall remit payment of $7,389.25 to plaintiffs' counsel no later than fourteen (14) days of entry of this Order.

Dated this 16th day of June, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER AWARDING FEES AND COSTS - 2