UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BRUCE CORKER d/b/a RANCHO ALOHA; et al;

    Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.

    Defendants.

CIVIL ACTION No. C19-0290RSL

ORDER GRANTING JOINT UNOPPOSED MOTION FOR EXTENSION OF CASE SCHEDULING DEADLINES

    The above entitled Court, having received and reviewed the Joint Unopposed Motion for Extension of Case Scheduling Deadlines, HEREBY ORDERS: the Motion for Extension of Case Scheduling Deadlines is GRANTED.

    IT IS HEREBY ORDERED that the case schedule in the above-entitled matter is hereby amended, extending the deadline for the parties' expert-related discovery and dispositive motions by six weeks. The case schedule, with dates adjusted for weekends as necessary, is hereby amended as follows:

| Deadlines | Deadlines |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | August 4, 2022 |
| Rebuttal reports from expert witnesses due | September 15, 2022 |
| Reply reports from expert witnesses due | October 13, 2022 |

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF CASE SCHEDULING DEADLINES AND
TRIAL DATE - 1
CASE NO. 2:19-cv-00290

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| Expert discovery completed by | November 11, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | December 1, 2022 |

Dated this 21st day of June, 2022.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF CASE SCHEDULING DEADLINES AND
TRIAL DATE - 2
CASE NO. 2:19-cv-00290

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100