UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; *et al.*,<br><br>                          Plaintiffs,<br><br>       v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>                          Defendants. | Case No. 2:19-cv-00290-RSL<br><br>**ORDER ON MOTION TO WITHDRAW BY COUNSEL FOR HAWAIIAN ISLES KONA COFFEE COMPANY LTD.** |

THIS MATTER comes before the Court on the motion of Aaron Schaer, Erin M. Wilson, and Tiffany Scott Connors to withdraw as counsel for defendant Hawaiian Isles Kona Coffee Company, Ltd. Dkt. # 661. The motion complies with the requirements of LCR 83.2(b) and is therefore GRANTED. Aaron Schaer, Erin M. Wilson, and Tiffany Scott Connors are no longer counsel of record for defendants. The Clerk of Court is directed to terminate counsels' participation as counsel for Hawaiian Isles Kona Coffee Company, Ltd. and to include defendants' contact information, as specified in Dkt. # 674, in the docket.

Defendant Hawaiian Isles Kona Coffee Company, Ltd. has been and hereby is advised that a business entity, other than a sole proprietorship, must be represented by counsel in federal litigation. Hawaiian Isles Kona Coffee Company, Ltd. shall have twenty days from the date of this Order in which to retain new counsel.

ORDER RE MOTION TO WITHDRAW - 1
Case No. 2:19-cv-00290-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

The Clerk of Court is directed to renote plaintiffs' motion to enforce settlement (Dkt. # 670) on the Court's calendar for consideration on July 22, 2022. The motion will be considered unopposed if a timely notice of appearance and opposition is not filed.

Dated this 22nd day of June, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER RE MOTION TO WITHDRAW - 2
Case No. 2:19-cv-00290-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107