UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS; and SMITHFARMS, LLC, a Hawaii limited liability company, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; AMAZON.COM, INC., a Delaware corporation; HAWAIIAN ISLES KONA COFFEE, LTD., LLC, a Hawaiian limited liability company; COST PLUS/WORLD MARKET, a subsidiary of BED BATH & BEYOND, a New York corporation; BCC ASSETS, LLC d/b/a BOYER'S COFFEE COMPANY, INC., a Colorado corporation; L&K COFFEE CO. LLC, a Michigan limited liability company; MULVADI CORPORATION, a Hawaii corporation; COPPER MOON COFFEE, LLC, an Indiana limited liability company; GOLD COFFEE ROASTERS, INC., a Delaware corporation; CAMERON'S COFFEE AND DISTRIBUTION COMPANY, a Minnesota corporation; PACIFIC COFFEE, INC., a Hawaii corporation; THE KROGER CO., an Ohio corporation; WALMART INC., a Delaware corporation; BED BATH & | CIVIL ACTION NO. 2:19-cv-00290<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

|    |    |
|----|----|
| 1  | BEYOND INC., a New York corporation; ALBERTSONS COMPANIES INC., a Delaware Corporation; SAFEWAY INC., a Delaware Corporation; MNS LTD., a Hawaii Corporation; THE TJX COMPANIES d/b/a T.J. MAXX, a Delaware Corporation; MARSHALLS OF MA, INC. d/b/a MARSHALLS, a Massachusetts corporation; SPROUTS FARMERS MARKET, INC. a Delaware corporation; COSTA RICAN GOLD; COFFEE CO., INC., a Florida Corporation; and KEVIN KIHNKE, an individual, |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  | Defendants. |

THIS MATTER came before the Court on the Plaintiffs' Motion to Enforce Settlement Agreement. The Court has considered the submissions of counsel.

NOW, THEREFORE, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Defendant Hawaiian Isles Kona Coffee Company is ORDERED to make the April 30, 2022 payment required by the Settlement Agreement within five days of this Order. Plaintiffs' request for attorneys' fees and costs is GRANTED. Plaintiffs may file a fees and costs petition within 30 days of this Order.

DATED this  26th  day of  July , 2022.

*[signature]*

The Honorable Judge Robert S. Lasnik
United States District Court Judge

Presented by:

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

 */s/ Andrew R. Kaufman*
222 Second Avenue South, Suite 1640
Nashville, Tennessee 37201
Email: akaufman@lchb.com