1                                                                      The Honorable Robert S. Lasnik

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9    BRUCE CORKER d/b/a RANCHO ALOHA, *et al*;
                                                            NO. 2:19-cv-00290
10          Plaintiffs,
                                                            **MOTION FOR ATTORNEYS'**
11      v.                                                  **FEES AND COSTS**

12   MULVADI CORPORATION, *et al*.                          Noting Date: August 12, 2022

13
            Defendants.
14

15

16          On July 6, 2022, this Court granted in part Plaintiffs' motion for dispositive sanctions

17   against Defendant Mulvadi Corporation, Inc. *See* Dkt. 677. Among other relief, the Court awarded

18   Plaintiffs their reasonable attorneys' fees and costs associated with several filings and litigation

19   activities necessitated by Mulvadi's conduct: their first motion to compel (Dkt. 188), including the

20   related meet and confer process ("First Motion to Compel"); Mulvadi's motion for reconsideration

21   (Dkt. 252) ("Reconsideration Motion"); Plaintiffs' motion for contempt (Dkt. 319) ("Contempt

22   Motion"); and Plaintiffs' motion for dispositive sanctions (Dkt. 546) ("Sanctions Motion") (herein

23   collectively the "Mulvadi Motions"). *See* Dkt. 677 at 19. As detailed further below and in the

24   attached declarations, Plaintiffs' efforts to obtain Mulvadi's compliance with its discovery

25   obligations have spanned nearly three years, have resulted in numerous hours of attorney time, and

26   have caused Plaintiffs to incur significant costs. Plaintiffs respectfully request an attorney fee and

MOTION FOR ATTORNEYS' FEES AND COSTS - 1
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    cost award of $160,745.50 for all costs and fees associated with the Mulvadi Motions and this

2    Motion for Fees.

3                              **I.      ARGUMENT**

4

5            **A.  The Fees and Costs Requested are Reasonable**

6            Consistent with the Court's direction, Plaintiffs set out below the fees and costs incurred

7    in connection with the Mulvadi Motions and preparing this Motion for Fees.

8    **Fees and costs associated with Plaintiffs' first motion to compel
     (Dkts. 183-204):[1]**

9    
| | | |
|---|---|---|
| Karr Tuttle Campbell | 64.10 hours @ $275 – $595 per hour | $26,378 |
| Lieff Cabraser Heimann & Bernstein | 7.7 hours     @ $585 - $755 per hour | $5,198.50 |
| Costs | | N/A |
| **Total fees and costs** | | **$31,576.50** |

**Fees and costs associated with Mulvadi's motion for reconsideration
(Dkt. 252-274):**

| | | |
|---|---|---|
| Karr Tuttle Campbell | 3.4 hours @ $520 – $620 per hour | $2,028 |
| Lieff Cabraser Heimann & Bernstein | 7.2 hours @ $585 - $755 per hour | $4,445.50 |
| Costs | | N/A |
| **Total fees and costs** | | **$6,473.50** |

**Fees and costs associated with Plaintiffs' motion for contempt
(Dkt. 319 - 340):**

| | | |
|---|---|---|
| Karr Tuttle Campbell | 46.6 hours @ $250 – $520 per hour | $17,995 |
| Lieff Cabraser Heimann & Bernstein | 0.90 hours @ $585 - $755 per hour | $577.50 |

---

[1] The docket ranges identified are intended to include only the opening Motions and responsive briefing. Plaintiffs are not seeking fees associated with any unrelated filings that happen to fall within the identified docket ranges.

MOTION FOR ATTORNEYS' FEES AND COSTS - 2
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | | |
|---|---|---|
| Costs | | N/A |
| **Total fees and costs** | | **$18,572.50** |

**Fees and costs associated with the motion for dispositive sanctions (Dkt. 544 - 561):**

| | | |
|---|---|---|
| Karr Tuttle Campbell | 107.90 hours @ $275 – $520 per hour | $49,217 |
| Lieff Cabraser Heimann & Bernstein | 48.3 hours @ $360 - $755 per hour | $30,860.50 |
| Costs | | $5,842.50 |
| **Total fees and costs** | | **$85,920.00** |

**Fees and costs associated with preparing this motion for fees**

| | | |
|---|---|---|
| Karr Tuttle Campbell | 46.6 hours @ $325 – $550 per hour | $16,197.50 |
| Lieff Cabraser Heimann & Bernstein | 1.9 hours @ $690 - $755 per hour | $1,395.50 |
| Costs | | N/A |
| **Total fees and costs** | | **$18,193.00** |

### i.    *The hourly rates charged by Plaintiffs' attorneys are reasonable.*

The first step of analyzing a fee petition is to ensure that the hourly rates are reasonable. *See, e.g., Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 980 (9th Cir. 2008). Plaintiffs' counsel previously submitted evidence to this Court establishing the reasonableness of their rates in support of prior fee petitions, Dkt. 416 at ¶ 18; Dkt. 417 at ¶ 23; Dkt. 528 at ¶ 2-4; Dkt. 655 at ¶ 3; Dkt. 656 at ¶ 15-16, all of which the Court granted, Dkt. 477; Dkt. 664; Dkt. 671. Thus, the Court has previously determined on multiple occasions that the Plaintiffs' counsel's hourly rates are reasonable.

MOTION FOR ATTORNEYS' FEES AND COSTS - 3
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

*ii.      The hours requested by Plaintiffs' attorneys are reasonable.*

The second step in analyzing the fee petition is to ensure the number of hours requested by the attorneys are reasonable. *Jordan v. Multnomah County*, 815 F.2d 1258, 1263 n.8 (9th Cir. 1987). Plaintiffs' counsel keeps contemporaneous and detailed time records for all time spent in this matter. Paine Decl. at ¶ 9; Lichtman Decl. at ¶ 8. Plaintiffs' counsel also reviews and scrutinizes all time entries to ensure that there is not any excessive, redundant, or otherwise unnecessary time billed. Paine Decl. at ¶ 9; Lichtman Decl. at ¶ 8. Plaintiffs' counsel conducts this review on a regular monthly basis, and then repeated this meticulous review prior to all fee petitions to ensure the reasonableness of the hours expended. Paine Decl. at ¶ 9; Lichtman Decl. at ¶ 8. As further established below, the hours associated with the Mulvadi Motions were reasonable and necessarily incurred in dealing with Mulvadi's refusal to comply with its discovery obligations and this Court's orders since the start of discovery in this case.

*a.      The hours associated with the First Motion to Compel are reasonable.*

In this matter, Plaintiffs' counsel spent a total of 71.8 hours on work related to the First Motion to Compel, including time associated with the meet and confer process (Dkt. 183). Paine Decl. at ¶ 3; Lichtman Decl. at ¶ 3. This included significant time dedicated to attempting to obtain Mulvadi's compliance with its discovery obligations, drafting of the First Motion to Compel, legal research, and drafting the reply in support of the First Motion to Compel. Paine Decl. at ¶ 3; Lichtman Decl. at ¶ 3. Notably, Plaintiffs spent numerous months attempting to get Mulvadi to comply with its discovery obligations prior to bringing the First Motion to Compel. Paine Decl. at ¶ 3. Plaintiffs' counsel incurred a total of $31,576.50 in attorney fees associated with the First Motion to Compel. Paine Decl. at ¶ 3; Lichtman Decl. at ¶ 3.

Plaintiffs are not requesting any of the costs incurred for the First Motion to Compel. Paine Decl. at ¶ 3; Lichtman Decl. at ¶ 3.

MOTION FOR ATTORNEYS' FEES AND COSTS - 4
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

***b.   The hours associated with the Reconsideration Motion are reasonable.***

Plaintiffs' counsel spent a total of 10.6 hours on work related to Mulvadi's Reconsideration Motion (Dkt. 252). Paine Decl. at ¶ 4; Lichtman Decl. at ¶ 4. This included time associated with independently investigating the factual assertions made by Mulvadi to support its motion as well as preparing the opposition to Mulvadi's Reconsideration Motion. Paine Decl. at ¶ 4; Lichtman Decl. at ¶ 4. Plaintiffs' incurred a total of $6,473.50 in attorney fees associated with Mulvadi's Reconsideration Motion. Paine Decl. at ¶ 4; Lichtman Decl. at ¶ 4. As noted in Plaintiffs' opposition, Mulvadi had only produced five pages of documents over a year after the commencement of this action, despite this Court's order and Plaintiffs' persistent efforts to obtain Mulvadi's cooperation and compliance with its discovery obligations. Dkt. 260 at ¶ 8.

Plaintiffs are not requesting any of the costs incurred for the Reconsideration Motion. Paine Decl. at ¶ 4; Lichtman Decl. at ¶ 4.

***c.   The hours associated with the Contempt Motion are reasonable.***

Plaintiffs' counsel spent a total of 47.5 hours on work related to Plaintiffs' Contempt Motion (Dkt. 319). Paine Decl. at ¶ 5; Lichtman Decl. at ¶ 5. This included time associated with months of meet-and-confer efforts attempting to obtain Mulvadi's voluntary compliance with this Court's order compelling Mulvadi to produce its records in compliance with the stipulated ESI order (Dkt. 248), legal research, and the preparation of the Contempt Motion. Paine Decl. at ¶ 5; Lichtman Decl. at ¶ 5. Only after Plaintiffs filed the Contempt Motion did Mulvadi begin to make any real effort to comply with the Court's order compelling the production of the 40+ boxes of documents.  Paine Decl. at ¶ 6. After the documents were finally produced, Plaintiffs withdrew the Contempt Motion. *Id.* That initial production of documents did not resolve the discovery dispute, but instead unveiled the fact that Mulvadi's repeated representations to that point concerning the lack of any ESI were false. *Id.* Eighteen months into the case, it was now clear for the first time that Mulvadi conducted business through QuickBooks and regularly maintained relevant

MOTION FOR ATTORNEYS' FEES AND COSTS - 5
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1    electronic accounting records. *Id*. Plaintiffs incurred a total of $18,572.50 in attorney fees

2    associated with Plaintiffs' motion for contempt. Paine Decl. at ¶ 5; Lichtman Decl. at ¶ 5.

3           Plaintiffs are not requesting any of the costs incurred for the Contempt Motion. Paine Decl.

4    at ¶ 5; Lichtman Decl. at ¶ 5.

5                    ***d.    The hours associated with the Sanctions Motion are reasonable.***

6           Plaintiffs' counsel spent a total of 156.2 hours on work related to Plaintiffs' Sanctions

7    Motion (Dkt. 544). Paine Decl. at ¶ 7; Lichtman Decl. at ¶ 6. This included time associated with

8    numerous meet-and-confer conferences attempting to obtain Mulvadi's compliance with this

9    Court's order compelling Mulvadi to grant Plaintiffs' expert access to its QuickBooks (Dkt. 487),

10   legal research, working with Plaintiffs' expert to secure Mulvadi's production of its QuickBooks

11   data, and the preparation of the Sanctions Motion and the reply. Paine Decl. at ¶ 6; Lichtman Decl.

12   at ¶ 6. Plaintiffs incurred a total of $80,077.50 in attorney fees associated with Plaintiffs' motion

13   for dispositive sanctions. Paine Decl. at ¶ 7; Lichtman Decl. at ¶ 6.

14          In addition, Plaintiffs incurred $5,842.50 in costs for Plaintiffs' expert's time and the time

15   of a private investigator.[2] Paine Decl. at ¶ 8.  Plaintiffs' expert billed Plaintiffs $5,092.50 for time

16   spent attempting to access Mulvadi's QuickBooks data, conferring with counsel and Mulvadi

17   regarding the production of unrestricted access to Mulvadi's QuickBooks data, and providing her

18   declaration in support of the Sanctions Motion. *Id*. Plaintiffs' private investigator billed Plaintiffs

19   $750.00 for time spent investigating the locations photographed by Mulvadi's counsel and

20   identified by Mulvadi as the farm operated by Pacifica Services, one of Mulvadi's alleged sources

21   Kona coffee. *Id*. The investigation was necessary to determine the location of the farm

22   photographed by Mulvadi's counsel because Mulvadi had been evasive in responding to discovery

23   targeted at ascertaining the location of the Pacifica Services farm. *Id*.; Dkt. 676 (Order on sanctions

24   motion), at 9-10. Plaintiffs' counsel reviewed the costs of the expert and private investigator,

25   determined that they were reasonable, and paid their invoices in full. *Id*.

26

---

[2] The expert's qualifications and credentials were previously submitted to the Court. *See* Dkt. 507.

MOTION FOR ATTORNEYS' FEES AND COSTS - 6
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**B. Plaintiffs are Entitled to the Fees incurred in Preparing this Motion for Fees**

In addition to the fees and costs ordered by the Court, Plaintiffs respectfully request an award for fees incurred in preparing this Motion for Fees. The Western District of Washington aligns with many other Courts within the 9th Circuit in finding that fees incurred in drafting a petition for fees are recoverable as part of the fee reward. *Travelers Cas. & Sur. Co. v. Nova Contracting, Inc.*, No. 3:20-cv-05164-JLR, 2020 U.S. Dist. LEXIS 201010, at *1 (W.D. Wash. Oct. 28, 2020) ("Recovery is also allowed for reasonable attorneys' fees and costs incurred in preparing an application for an award of attorneys' fees and costs"); *Ten Bridges, LLC v. Midas Mulligan, LLC*, No. C19-1237JLR, 2021 U.S. Dist. LEXIS 230291, at *4 (W.D. Wash. Dec. 1, 2021) ("Reasonable fees incurred in preparing a fee petition are recoverable as part of a fee award."). A failure to award fees for the time incurred in preparing a petition for fees would effectively dilute the value of the fees awarded. *Anderson v. Dir., Office of Workers Comp. Programs,* 91 F.3d 1322, 1325 (9th Cir. 1996) ("Such compensation must be included in calculating a reasonable fee because uncompensated time spent on petitioning for a fee automatically diminishes the value of the fee eventually received").

*a.   The hours associated with this Motion for Fees are reasonable.*

Plaintiffs' counsel spent a total of 48.5 hours on work related to this Motion for Fees. Paine Decl. at ¶ 10; Lichtman Decl. at ¶ 8. This included time spent by counsel reviewing nearly three years of time entries for all time associated with the above-identified Motions and meet-and-confer efforts, revising and drafting the instant Motion for Fees and supporting documents, and conducting legal research. Paine Decl. at ¶ 10; Lichtman Decl. at ¶ 8. Plaintiffs incurred a total of $18,193.00 in attorney fees associated with this Motion for Fees. Paine Decl. at ¶ 10; Lichtman Decl. at ¶ 8. Plaintiffs are not seeking any costs associated with this Motion for Fees.

MOTION FOR ATTORNEYS' FEES AND COSTS - 7
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2

3                          **II.      CONCLUSION**

4          For the foregoing reasons, the Court should grant Plaintiffs their reasonable attorneys' fees

5   and costs in the amount of $160,745.50, representing the culmination of nearly three years of effort

6   to get Mulvadi to comply with its discovery obligations and this Court's orders. A proposed form

7   of an Order is submitted with this Motion.

8          Dated:  July 26, 2022.

9

10  KARR TUTTLE CAMPBELL                    LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP

11  *s/ Nathan T. Paine*                    *s/ Jason L. Lichtman*
    Nathan T. Paine, WSBA #34487            Jason L. Lichtman (*pro hac vice*)
12  Daniel T. Hagen, WSBA #54015            Daniel E. Seltz (*pro hac vice*)
    Joshua M. Howard, WSBA #52189           250 Hudson Street, 8th Floor
13  701 Fifth Avenue, Suite 3300            New York, NY 10013-1413
    Seattle, WA 98104                       Phone: 212.355.9500
14  Phone: 206.223.1313                     Email: jlichtman@lchb.com
    Email: npaine@karrtuttle.com                   dseltz@lchb.com
15          dhagen@karrtuttle.com
            jhoward@karrtuttle.com          Andrew Kaufman *(pro hac vice)*
16                                          222 2nd Avenue South, Suite 1640
                                            Nashville, TN  37201
17                                          Phone: 615.313.9000
                                            Email: akaufman@lchb.com
18                                          *Attorneys for Plaintiffs and the Proposed Class*

19

20

21

22

23

24

25

26

MOTION FOR ATTORNEYS' FEES AND COSTS - 8
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I, Rondi Moreau, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104. On this day, I caused to be filed with the Court a true and correct copy of the foregoing document via the Court's electronic filing system, which caused service of the document to all parties registered to receive notifications through CM/ECF.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 26th day of July 2022 at Seattle, Washington.

*s/Rondi C. Moreau*
Rondi C. Moreau
Legal Assistant

MOTION FOR ATTORNEYS' FEES AND COSTS - 9
CASE NO. 2:19-cv-00290
#5206285 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100