<pre>
                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON AT SEATTLE
</pre>

BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*;

    Plaintiffs,

    v.

MULVADI CORPORATION, *et al.*;

    Defendants.

NO. 2:19-cv-0290RSL

ORDER GRANTING MOTION FOR EXTENSION OF CASE DEADLINES

The above entitled Court, having received and reviewed the request of plaintiffs, L&K Coffee Co., LLC, Kevin Kihnke, and MNS, LTD for an extension of certain case management deadlines, hereby ORDERS that the request is GRANTED.

The case schedule in the above-captioned matter is hereby amended, extending the deadline for the parties' expert-related discovery and dispositive motions by six weeks. The case schedule, with dates adjusted for weekends as necessary, is hereby amended as follows:

| EVENT | DEADLINE |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | August 11, 2022 |
| Rebuttal reports from expert witnesses due | September 22, 2022 |
| Reply reports from expert witnesses due | October 20, 2022 |
| Expert discovery completed by | November 18, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | December 15, 2022 |

ORDER GRANTING MOTION FOR EXTENSION OF
CASE SCHEDULING DEADLINES - 1
CASE NO. 2:19-cv-00290

| Response to dispositive motions. | January 19, 2023 |
|---|---|
| Reply ISO dispositive motions. | February 2, 2023 |

Dated this 2nd day of August, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF
CASE SCHEDULING DEADLINES - 2
CASE NO. 2:19-cv-00290