UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, d/b/a RANCHO ALOHA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>　　　　　　　　Defendants. | Cause No. C19-0290RSL<br><br>ORDER EXTENDING DEADLINE FOR FEE PETITION |

This matter comes before the Court on plaintiffs' "Notice and Request for Relief from Deadline." Dkt. # 695. Defendant Hawaiian Isles Kona Coffee Company ("HIKC") has filed for bankruptcy. This matter is therefore STAYED as to that defendant. 11 U.S.C. § 362(a)(1). Pursuant to Section 108(c) of the bankruptcy code, the deadline for plaintiffs to seek fees against HIKC is hereby continued until thirty days after notice of the expiration or termination of the bankruptcy stay. 11 U.S.C. § 108(c).

Dated this 26th day of August, 2022.

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING DEADLINE
FOR FEE PETITION - 1