UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*<br><br>　　　　　　　　Defendants. | No. 2:19-cv-290-RSL<br><br>**ORDER STAYING CASE DEADLINES AS TO DEFENDANTS L&K COFFEE CO. LLC AND KEVIN KIHNKE** |

　　Plaintiffs have filed a Notice of Settlement with Defendants L&K Coffee Co. LLC and Kevin Kihnke (collectively, "L&K"). All case deadlines with respect to L&K are STAYED.

　　All current deadlines remain in effect for other Defendants in this action.

　　DATED this 16th day of September, 2022.

　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge