UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MULVADI CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-00290-RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR DISPOSITIVE SANCTIONS |

THIS MATTER has come before the Court pursuant to Local Rule 7(f) on Plaintiffs' Motion for Leave to File Overlength Brief in Support of Plaintiffs' Renewed Motion for Dispositive Sanctions against Defendant Mulvadi Corporation, requesting that the Court grant leave to file a brief in excess of the twelve-page limit imposed by Local Rule 7(e)(2), in support of Plaintiffs' Renewed Motion for Dispositive Sanctions (the "Motion").

Having reviewed Plaintiffs' Motion for Leave to File Overlength Brief in Support of Plaintiffs' Renewed Motion for Dispositive Sanctions against Mulvadi Corporation and all relevant records and files herein, the Court hereby

GRANTS Plaintiffs' Motion for Leave to File Overlength Brief. The page limit for Plaintiffs' Renewed Motion for Dispositive Sanctions shall be twenty-four (24) pages. As required

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVERLENGTH BRIEF- 1
NO. 2:19-cv-00290-RSL
#5282702 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

under LR 7(f)(4), the page limit for Defendant Mulvadi's response shall also be twenty-four (24) pages, and any reply shall be limited to twelve (12) pages.

IT IS SO ORDERED this 25th day of November, 2022.

*MWT S Lasnik*
Robert S. Lasnik
United States District Court Judge

Presented by:

| KARR TUTTLE CAMPBELL | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| By: *s/ Joshua M. Howard*<br>  Nathan T. Paine, WSBA #34487<br>  Daniel T. Hagen, WSBA #54015<br>  Joshua M. Howard, WSBA #52189<br>  701 Fifth Avenue, Suite 3300<br>  Seattle, Washington 98104<br>  Telephone: (206) 223-1313<br>  Email: npaine@karrtuttle.com<br>         dhagen@karrtuttle.com<br>         jhoward@karrtuttle.com | By: _____<br>  Jason L. Lichtman (*pro hac vice*)<br>  Daniel E. Seltz (*pro hac vice*)<br>  250 Hudson Street, 8th Floor<br>  New York, NY 10013-1413<br>  Telephone: 212-355-9500<br>  Email: jlichtman@lchb.com<br>         dseltz@lchb.com<br><br>  Andrew Kaufman (*pro hac vice*)<br>  222 2nd Avenue South, Suite 1640<br>  Nashville, TN 37201<br>  Telephone: 615-313-9000<br>  Email: akaufman@lchb.com<br><br>  *Attorneys for the Plaintiffs*<br>  *and the Proposed Class* |

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVERLENGTH BRIEF- 2
NO. 2:19-cv-00290-RSL
#5282702 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100