UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, d/b/a RANCHO ALOHA, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>                    Defendants. | Cause No. C19-0290RSL<br><br>ORDER |

Defendant Mulvadi Corporation has filed for bankruptcy. *See* attached Voluntary Petition for Non-Individuals Filing for Bankruptcy. This matter is therefore STAYED as to that defendant. 11 U.S.C. § 362(a)(1).

Dated this 1st day of December, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 1