UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*;

    Plaintiffs,

v.

MULVADI CORPORATION, *et al.*;

    Defendants.

NO. 2:19-cv-0290RSL

ORDER GRANTING IN PART
JOINT UNOPPOSED MOTION

    The above entitled Court, having received and reviewed the Joint Unopposed Motion for an Order Modifying Briefing Deadlines for Expert Admissibility Motions and for Status Conference,

    IT IS HEREBY ORDERED that the briefing schedule for expert admissibility motions in the above-entitled matter is amended to conform to the same briefing schedule as provided for under the current case schedule for dispositive motions. Dkt. 690.

| EVENT | DEADLINE |
| --- | --- |
| Motions relating to expert admissibility due. | December 15, 2022 |
| Responses to expert admissibility motions due. | January 19, 2023 |
| Replies ISO expert admissibility motions due. | February 2, 2023 |

ORDER GRANTING IN PART
JOINT UNOPPOSED MOTION - 1

If the parties have questions regarding the trial date, schedule, or procedure, they may contact the judicial assistant, Teri Roberts, at 206-370-8810.

Dated this 2nd day of December, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART
JOINT UNOPPOSED MOTION - 2