UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MULVADI CORPORATION, a Hawaii corporation; MNS LTD., a Hawaii Corporation; et al.<br><br>Defendants. | No.: 2:19-cv-00290-RSSL<br><br>JOINT UNOPPOSED MOTION AND ORDER FOR LEAVE TO FILE CONSOLIDATED BRIEFS REGARDING CERTAIN EXPERTS |

Plaintiffs and Defendant MNS, LTD. ("MNS") respectfully request leave to file consolidated briefs, responses, and replies regarding expert admissibility. Plaintiffs respectfully request leave to file a single 24-page brief addressing the admissibility of the expert opinions of Robert Wagner and Timothy Calkins and a single 24-page brief addressing the admissibility of the expert opinions of Andrew Hetzel and Shawn Steiman. MNS respectfully requests leave to file a single 24-page brief addressing the admissibility of the expert opinions of Cesar Vega and Alan Nietlisbach. Plaintiffs and Defendant MNS also respectfully request leave to file reciprocal consolidated 24-page responses and 12-page

JOINT UNOPPOSED MOTION AND ORDER FOR LEAVE TO FILE CONSOLIDATED BRIEFS REGARDING CERTAIN EXPERTS
NO.: 2:19-CV-00290-RSSL

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

replies.

Plaintiffs and Defendant MNS note that they are not requesting any pages in addition to the amount that would be allowed if they were to file separate briefs. Under Local Court Rule 7(e)(2), a separate motion to exclude must be under 12 pages, its corresponding response must be under 12 pages, and its corresponding reply must be under 6 pages. Thus, because each brief will address the opinions of two experts, no total additional briefing pages are being requested than would be allowed if separate briefs were filed.

Plaintiffs and Defendant MNS believe that filing consolidated briefs, responses, and replies regarding expert admissibility will be more efficient for the Court and the parties because it will allow the parties to address the opinions common between the two experts addressed in each brief without duplicating certain arguments, declarations, or exhibits.

DATED: December 12, 2022

BULLIVANT HOUSER BAILEY PC

By /s/ Daniel R. Bentson
   Daniel R. Bentson, WSBA #36825
   E-mail: dan.bentson@bullivant.com

KARR TUTTLE CAMPBELL, P.S.

By /s/ Nathan T. Paine
   Nathan T. Paine, WSBA #34487
   Joshua M. Howard, WSBA #52189
   Daniel T. Hagen, WSBA #54015
   Email: npaine@karrtuttle.com
   Email: jhoward@karrtuttle.com
   Email: dhagen@karrtuttle.com

CADES SCHUTTEL LLP

By /s/ Kelly G. LaPorte
   Kelly G. LaPorte, pro hac vice
   Amanda Jones, pro hac vice
   Nathaniel Dang, pro hac vice
   E-mail: klaporte@cades.com
   E-mail: ajones@cades.com
   E-mail: ndang@cades.com

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By /s/ Jason L. Lichtman
   Jason L. Lichtman (*pro hac vice*)
   Daniel E. Seltz (*pro hac vice*)
   Email: jlichtman@lchb.com
   Email: dseltz@lchb.com
   Andrew Kaufman (*pro hac vice*)
   Email: akaufman@lchb.com

JOINT UNOPPOSED MOTION AND ORDER FOR LEAVE TO FILE CONSOLIDATED BRIEFS REGARDING CERTAIN EXPERTS
NO.: 2:19-CV-00290-RSSL

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

The motion is GRANTED. Plaintiffs may file a single brief addressing the admissibility of the expert opinions of Robert Wagner and Timothy Calkins limited to 24 pages and a single brief addressing the admissibility of the expert opinions of Andrew Hetzel and Shawn Steiman limited to 24 pages. MNS may file a single brief addressing the admissibility of the expert opinion of Cesar Vega and Alan Nietlisbach limited to 24 pages. Responses to each brief may be up to 24 pages and replies in support may be up to 12 pages.

Dated this 12th day of December, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

JOINT UNOPPOSED MOTION AND ORDER FOR LEAVE TO FILE CONSOLIDATED BRIEFS REGARDING CERTAIN EXPERTS
NO.: 2:19-CV-00290-RSSL

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930