UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MULVADI CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-00290RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST BUCHALTER P.C. |

THIS MATTER has come before the Court pursuant to Local Rule 7(f) on Plaintiffs' Motion for Leave to File Overlength Brief in Support of Plaintiffs' Motion for Sanctions against Buchalter P.C., requesting that the Court grant leave to file a brief in excess of the twelve-page limit imposed by Local Rule 7(e)(2), in support of Plaintiffs' Motion for Sanctions (the "Motion").

Having reviewed Plaintiffs' Motion for Leave to File Overlength Brief in Support of Plaintiffs' Motion for Sanctions against Buchalter P.C. and all relevant records and files herein, the Court hereby GRANTS the motion. The page limit for Plaintiffs' Motion for Sanctions shall be thirty (30) pages. As required under LR 7(f)(4), the page limit for Buchalter's response shall also be thirty (30) pages, and any reply shall be limited to fifteen (15) pages.

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVERLENGTH BRIEF- 1
NO. 2:19-cv-00290-RSL
#5300113 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Dated this 29th day of December, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

| KARR TUTTLE CAMPBELL | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| By: *s/ Nathan T. Paine*<br>Nathan T. Paine, WSBA #34487<br>Daniel T. Hagen, WSBA #54015<br>Joshua M. Howard, WSBA #52189<br>701 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 223-1313<br>Email: npaine@karrtuttle.com<br>        dhagen@karrtuttle.com<br>        jhoward@karrtuttle.com | By: *[signature]*<br>Jason L. Lichtman (*pro hac vice*)<br>Daniel E. Seltz (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone: 212-355-9500<br>Email: jlichtman@lchb.com<br>        dseltz@lchb.com<br><br>Andrew Kaufman (*pro hac vice*)<br>222 2nd Avenue South, Suite 1640<br>Nashville, TN 37201<br>Telephone: 615-313-9000<br>Email: akaufman@lchb.com<br><br>*Attorneys for the Plaintiffs and the Proposed Class* |

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVERLENGTH BRIEF- 2
NO. 2:19-cv-00290-RSL
#5300113 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100