|   |   |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MNS LTD., a Hawaii Corporation, *et al.*, <br><br> Defendants. | Case No.  2:19-cv-0290-RSL <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY ANDREW HETZEL AND SHAWN STEIMAN** |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

This matter comes before the Court on plaintiffs' unopposed "Motion to Disqualify Andrew Hetzel and Shawn Steiman or, Alternatively, to Exclude Their Opinions." Dkt. # 737. Plaintiffs have shown that they had a confidential relationship with Hetzel and Steiman and that they disclosed confidential information to the experts during the course of those relationships. Defendant MNS has not attempted to rebut that showing. Pursuant to LCR 7(b)(2), "if a party fails to file papers in opposition to a motion [other than a motion for summary judgment], such failure may be considered by the court as an admission that the motion has merit."

//

ORDER DISQUALIFYING ANDREW HETZEL AND
SHAWN STEIMAN
-1-

1 | For the foregoing reasons, Hetzel and Steiman are hereby disqualified from testifying as
2 | experts for defendant MNS.
3
4
5 | Dated this 3rd day of January, 2023.
6
*[signature]*
Robert S. Lasnik
7 | United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DISQUALIFYING ANDREW HETZEL AND
SHAWN STEIMAN
-2-