IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>MNS LTD., a Hawaii Corporation, *et al.*,<br><br>            Defendants. | Case No.  2:19-cv-0290-RSL<br><br>**ORDER** |

The Order Disqualifying Andrew Hetzel and Shawn Steiman, Dkt. # 748, is hereby VACATED.

Dated this 4th day of January, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER
-1-