UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al.,<br><br>                        Plaintiffs,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>                        Defendants. | NO. 2:19-cv-00290-RSL<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST BUCHALTER P.C.** |

    The Court, having received and reviewed the Stipulated Motion Regarding Briefing Schedule of Plaintiffs' Motion for Sanctions Against Buchalter P.C. (Dkt. 759),

    IT IS HEREBY ORDERED that the motion shall be renoted for hearing from January 20, 2023, to February 17, 2023, Buchalter P.C. shall file its response to said motion no later than January 30, 2023, and plaintiffs shall file their reply no later than February 17, 2023.

    DATED this 17th day of January, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION REGARDING BRIEFING SCHEDULE (No. 2:19-cv-00290-RSL) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000