The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.,<br><br>Defendants. | No. 2:19-cv-00290-RSL<br><br>**DECLARATION OF TRENTON NORRIS ON BEHALF OF SETTLING DEFENDANTS L&K AND KIHNKE RE: NO OBJECTION TO SETTLEMENT FROM USAG PER CAFA** |

// // //

// // //

// // //

// // //

1
2
3   DATED January 23, 2023            HPS ASSOCIATES APC
4                                     *Attorneys for Defendant L&K Coffee Co. LLC d/b/a Magnum Coffee Roastery and Kevin Kihnke*
5                                     By *s/ GREGORY M. HATTON*
6                                     Gregory M. Hatton, CA Bar No. 119810
                                      Of Counsel
7                                     12 Journey, Suite 255
                                      Aliso Viejo, CA 92656
8                                     (949) 474-4222
9                                     g_hatton@hattonpetrie.com

10                                    ATKINS INTELLECTUAL PROPERTY, PLLC
                                      *Attorneys for Defendant L&K Coffee Co. LLC d/b/a Magnum Coffee Roastery and Kevin Kihnke*
11
12                                    By *s/ MICHAEL G. ATKINS*
13                                    Michael G. Atkins
                                      113 Cherry Street #18483
14                                    Seattle, WA 98104-2205
15                                    mike@atkinsip.com
16
17
18
19
20
21
22
23
24
25
26
27

1
DECLARATION OF TRENTON NORRIS

**HPS ASSOCIATES APC**
12 JOURNEY, STE 255
ALISO VIEJO, CA 92627
949.474.4222

# EXHIBIT 1

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATLLE

| | |
|---|---|
| BRUCE CORKER d/b/a/ RANCHO ALOHA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington corporation, et al., <br><br> Defendants. | Case No.: 2:19-cv-00290-RSL <br><br> **DECLARATION OF TRENTON H. NORRIS REGARDING NOTICE TO FEDERAL AND STATE OFFICIALS PURSUANT TO THE CLASS ACTION FAIRNESS ACT** |

CAFA DECLARATION OF TRENTON H. NORRIS
CASE NO. 2:19-cv-00290-RSL
US 172780708v1

I, Trenton H. Norris, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Arnold & Porter Kaye Scholer LLP, special counsel for defendant L&K Coffee Company, LLC d/b/a Magnum Coffee Roastery ("L&K"). The facts set forth herein are of my own personal knowledge, as well as upon information provided to me by employees of Arnold & Porter Kaye Scholer LLP, and if called and sworn as a witness, I could and would competently testify thereto.

2. I directed the issuance of notice to the appropriate Federal and State officials pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), on behalf of L&K.

3. Notice was duly mailed on October 12, 2022, to the appropriate Federal and State officials identified in the attachment to the notice. A copy of the notice is attached hereto as Exhibit A.

4. As of the date of this Declaration, Arnold & Porter Kaye Scholer LLP has not received any inquiries or objections from any State or Federal officials related to the notice.

I declare under penalty of perjury that the foregoing is true and correct.
Executed January 13, 2023, at San Francisco, California.

_____
Trenton H. Norris

# EXHIBIT A

# Arnold & Porter

**Trenton H. Norris**
+1 415.471.3303 Direct
Trent.Norris@arnoldporter.com

October 12, 2022

**VIA U.S. MAIL**

United States Attorney General
And State Attorneys General
Identified in Attachment A

    Re:    CAFA Notice of Proposed Class Action Settlement,
             *Corker, et al. v. Costco Wholesale Corporation, et al.*,
             No. 2:19-cv-00290-RSL (W.D. Wash.)

Dear Counsel:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1751(b), L&K Coffee Company, LLC d/b/a Magnum Coffee Roastery ("L&K") hereby serves notice of a proposed settlement in *Corker, et al. v. Costco Wholesale Corporation, et al.*, No. 2:19-cv-00290-RSL (the "Action"), pending in the United States District Court for the Western District of Washington (the "Court").

A motion for preliminary approval of the proposed settlement in the Action was filed with the Court on October 3, 2022. The Court granted preliminary approval of the settlement on October 4, 2022, and scheduled a final approval hearing for February 16, 2023 at 11:00 a.m. L&K denies the allegations in the Action and denies any liability, but has decided to settle the Action solely to eliminate the burden, expense, and uncertainty of further litigation.

Copies of all materials filed in the Action are electronically available on the Court's Pacer website found at https://pacer.uscourts.gov/. Additionally, pursuant to 28 U.S.C. § 1715(b), the enclosed USB flash drive contains the following documents:

1. The Original Complaint filed on February 27, 2019 [Dkt. #1], the First Amended Complaint filed on May 21, 2019 [Dkt. #81], the Second Amended Complaint filed on April 30, 2020 [Dkt. #271], and the Third Amended Complaint filed on January 8, 2021 [Dkt. #381].

2. Plaintiffs' Motion for Preliminary Approval of Class Settlement and Memorandum in Support, filed on October 3, 2022 [Dkt. #706], and all attachments and exhibits [Dkt. #702, 703], including:

Arnold & Porter

United States Attorney General
October 12, 2022
Page 2

  a. The Settlement Agreement, fully executed on September 15, 2022;

  b. The proposed long-form notice to class members;

  c. The proposed publication notice to class members.

3. The Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Settlement and Directing Issuance of Notice [Dkt. # 707].

4. List of Class Members by State.

5. Proportionate Share of Class Members by State.

  If you have any questions regarding the foregoing materials or the details of the case and settlement, please contact me directly.

           Sincerely,

           ARNOLD & PORTER KAYE SCHOLER LLP

           By: _____
              Trenton H. Norris

Enclosures

*Corker, et al. v. Costco Wholesale Corporation, et al.*, No. 2:19-cv-00290-RSL (W.D. Wash)
**CAFA Notice - Attachment A - Service List**

| | |
|---|---|
| Merrick Garland<br>Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Treg R. Taylor<br>Office of the Attorney General<br>1031 W 4th Ave<br>Ste 200<br>Anchorage, AK 99501 |
| Leslie Rutledge<br>Office of the Attorney General<br>323 Center St<br>Ste 200<br>Little Rock, AR 72201 | Mark Brnovich<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Ste 11000<br>San Francisco, CA 94102 | Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 |
| William Tong<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106 | Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399 |
| Holly T. Shikada<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Thomas J. Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street Rm 109<br>Des Moines, IA 50319 |
| Lawrence G. Wasden<br>Office of the Attorney General<br>700 W. Jefferson St, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720 | Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South, 5th Fl<br>302 W Washington St<br>Indianapolis, IN 46204 |
| CAFA Coordinator<br>General Counsel's Office<br>Office of Attorney General<br>One Ashburton Pl, 20th Floor<br>Boston, MA 02108 | Dana Nessel<br>Department of Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St, P.O. Box 30212<br>Lansing, MI 48909 |
| Josh Stein<br>Attorney General's Office<br>114 W Edenton St<br>Dept. of Justice, P.O. Box 629<br>Raleigh, NC 27602 | Doug Peterson<br>Attorney General's Office<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509 |

*Corker, et al. v. Costco Wholesale Corporation, et al.*, No. 2:19-cv-00290-RSL (W.D. Wash)
**CAFA Notice - Attachment A - Service List**

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701

John O'Connor
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK 73105

Josh Shapiro
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

Ken Paxton
Office of the Attorney General
300 W. 15th St
P.O. Box 12548
Austin, TX 78711

Bob Ferguson
Office of the Attorney General
1125 Washington St SE
P.O. Box 40100
Olympia, WA 98504

Steve Marshall
Attorney General's Office
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

Kathy Jennings
Delaware Department of Justice
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

Chris Carr
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43266

Ellen F. Rosenblum
Oregon Department of Justice
Justice Building
1162 Court St NE
Salem, OR 97301

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519,
P.O. Box 11549
Columbia, SC 29211

Jason S. Miyares
Office of the Attorney General
202 N. Ninth St.
Richmond, VA 23219

Josh Kaul
Wisconsin Department of Justice
State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

Rob Bonta
Office of the Attorney General
1300 I St.
Ste 1740
Sacramento, CA 95814

Karl A. Racine
Office of the Attorney General
400 6th St., NW
Washington, DC 20001

Kwame Raoul
Office of the Illinois Attorney General
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

*Corker, et al. v. Costco Wholesale Corporation, et al.*, No. 2:19-cv-00290-RSL (W.D. Wash)
CAFA Notice - Attachment A - Service List

Derek Schmidt
Office of the Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

Daniel Cameron
Office of the Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Jeff Landry
Office of the Attorney General
P.O. Box 94095
Baton Rouge, LA 70804

Aaron Frey
Office of the Maine Attorney General
State House Station 6
Augusta, ME 04333

Brian Frosh
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Maura Healey
Office of the Attorney General
1 Ashburton Place
Boston, MA 02108

Keith Ellison
Office of the Attorney General
Suite 102, State Capital
75 Dr. Martin Luther King, Jr. Blvd.
Saint Paul, MN 55155

Lynn Fitch
Office of the Attorney General
Department of Justice
P.O. Box 220
Jackson, MS 39205

Eric Schmitt
Office of the Attorney General
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65101

Austin Knudsen
Office of the Attorney General
Justice Bldg.
215 N. Sanders
Helena, MT 59620

John Formella
Office of the Attorney General
33 Capitol Street
Concord, NH 03301

Matthew J. Platkin
Office of the Attorney General
Richard J. Hughes Justice
Complex 25 Market Street P.O. Box 080
Trenton, NJ 08625

Hector Balderas
Office of the Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504

Letitia A. James
Office of the Attorney General
Dept. of Law – The Capitol, 2nd fl.
Albany, NY 12224

Drew Wrigley
Office of the Attorney General
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

Peter F. Neronha
Office of the Attorney General
150 S. Main St.
Providence, RI 02903

*Corker, et al. v. Costco Wholesale Corporation, et al.*, No. 2:19-cv-00290-RSL (W.D. Wash)
**CAFA Notice - Attachment A - Service List**

Mark Vargo
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501

Sean Reyes
Office of the Attorney General
State Capitol, Rm. 236
Salt Lake City, UT 84114

Patrick Morrisey
Office of the Attorney General
State Capitol
1900 Kanawha Blvd., E.
Charleston, WV 25305

Jonathan Skrmetti
Office of the Attorney General
425 5th Avenue North
Nashville, TN 37243

Susanne R. Young
Office of the Attorney General
109 State St.
Montpelier, VT 05609

Bridget Hill
Office of the Attorney General
State Capitol Bldg.
200 W. 24th Street
Cheyenne, WY 82002

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system which will send notification to the counsel of record in this case.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated January 23, 2023, at Aliso Viejo, California.

                            HPS ASSOCIATES APC
                            By: */s/ John A. McMahon*
                            John A. McMahon, Attorney