UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; et al.<br><br>Plaintiffs,<br><br>v.<br><br>MULVADI CORPORATION, a Hawaiian corporation; *et al.*<br><br>Defendants. | CASE NO. 2:19-cv-00290-RSL<br><br>**ORDER GRANTING MOTION TO SEAL** |

The Court, having reviewed Plaintiffs' Motion to Seal (Dkt. # 755) and in light of Mulvadi's recent bankruptcy petition, HEREBY ORDERS:

(1) Mulvadi is relieved of the obligation imposed by LCR 5(g)(3) to support plaintiffs' request for a seal.

(2) The unredacted version of the Motion for Sanctions against Buchalter P.C. (Dkt. # 759), Exhibits H-J to the Declaration of Nathan T. Paine (Dkt. # 760), and Exhibits 1-5 to the Declaration of Lorraine Barrick (Dkt. # 762) in Support of the Motion for Sanctions shall remain under SEAL.

**ORDER GRANTING MOTION TO SEAL - 1**

1   Dated this 25th day of January, 2023.

2

3   *Robert S. Lasnik*
    Robert S. Lasnik
4   United States District Judge

**ORDER GRANTING MOTION TO SEAL - 2**