IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, and SMITHFARMS, LLC on behalf of themselves and others similarly situated,

          Plaintiff,

  v.

MULVADI CORPORATION, a Hawaii corporation; and MNS LTD., a Hawaii Corporation;

          Defendants.

CASE NO. 2:19-CV-00290-RSL

**ORDER**

Before the Court is the parties' Stipulated Motion Regarding Page Limits for Summary Judgment Replies. The motion is granted. The page limit for each side's reply in support of summary judgment is extended to 15 pages. IT IS SO ORDERED.

Dated this 31st day of January, 2023.

*Robt S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
(2:19-cv-00290-RSL)

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592