UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, *et al.*, <br><br> Defendants. | Cause No. C19-0290RSL <br><br> MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

As of February 1, 2023, LCR 7(e)(6) requires a word count certification in the signature block unless a document was written by hand or with a typewriter. Dkt. # 808, # 817-20, # 822, # 823, and # 825 do not include the required certifications. The filers shall have three days to file amended documents that comply with LCR 7(e)(6). The Court will not consider the identified submissions unless and until this deficiency is are corrected.

DATED this 3rd day of February, 2023.

      /s/ Victoria Ericksen
Victoria Ericksen, Clerk to
the Honorable Robert S. Lasnik, District Judge

MINUTE ORDER - 1