UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; and ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>Defendants. | No.: 2:19-cv-00290-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION REGARDING WORD AND PAGE LIMITS FOR REPLIES IN SUPPORT OF MNS, LTD.'S MOTIONS TO EXCLUDE EXPERT TESTIMONY |

This matter comes before the Court on Defendant MNS Ltd.'s Unopposed Motion Regarding Word and Page Limits for Replies in Support of MNS' Motions to Exclude Expert Testimony. Having considered the Motion, the Court hereby ORDERS that Defendant MNS Ltd.'s Unopposed Motion Regarding Word and Page Limits for Replies in Support of MNS' Motions to Exclude Expert Testimony is GRANTED. Specifically, the Court permits MNS' replies in support of its motions to exclude the expert testimony of James Ehleringer (Dkt 820), Michael Schreck, Ph.D. (Dkt 823), and Jean-Pierre Dubé, Ph.D. (Dkt 825) to comply

ORDER GRANTING UNOPPOSED MOTION REGARDING WORD AND PAGE LIMITS FOR REPLIES IN SUPPORT OF MNS, LTD.'S
NO.: 2:19-CV-00290-RSL

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

with the previously applicable 6-page limit, which was in effect prior to February 2, 2023.

Dated this 6th day of February, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented By:

CADES SCHUTTE LLP

By /s/ Kelly G. LaPorte
    Kelly G. LaPorte, *Pro Hac Vice*
    Nathaniel Dang, *Pro Hac Vice*
    1000 Bishop Street, Suite 1200
    Honolulu, HI 96813
    Phone: 808.544.3848
    E-mail: klporte@cades.com
    E-mail: ndang@cades.com

BULLIVANT HOUSER BAILEY PC

By /s/ Daniel R. Bentson
    Daniel R. Bentson, WSBA #36825
    Owen R. Mooney, WSBA #45779
    1700 Seventh Avenue, Suite 1810
    Seattle, Washington 98101
    Phone: 206.292.8930
    E-mail: dan.bentson@bullivant.com
    E-mail: owen.mooney@bullivant.com

Attorneys for MNS, Ltd.

ORDER GRANTING UNOPPOSED MOTION REGARDING WORD AND PAGE LIMITS FOR REPLIES IN SUPPORT OF MNS, LTD.'S
NO.: 2:19-CV-00290-RSL

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930