UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MULVADI CORPORATION, a Hawaii Corporation, *et al.*,<br><br>Defendants. | CASE NO. 2:19-CV-00290-RSL<br><br>**ORDER STAYING CASE DEADLINES AND PENDING MOTIONS** |

Plaintiffs have filed a Notice of Settlement with Defendant MNS LTD. All case deadlines and resolution of Motions with respect to MNS are STAYED. This Order does not affect any deadlines as applied to any other Defendants.

Dated this 13th day of April, 2023.

*/s/ Robert S. Lasnik*

The Honorable Judge Robert S. Lasnik
United States District Court Judge

PROPOSED ORDER - 1
No. 2:19-cv-00290-RSL
#5367600 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100