The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS; and SMITHFARMS, LLC, a Hawaii limited liability company, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Mulvadi Corporation,<br><br>Defendant. | No. 2:19-cv-290<br><br>**DECLARATION OF JASON L. LICHTMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Jason L. Lichtman, declare as follows:

1. I am a partner in the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"). I am Plaintiffs' counsel of record in this litigation, along with Karr Tuttle Campbell. I am a member in good standing of the bars of Illinois, New York, New Jersey, Utah, and the District of Columbia. I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Plaintiffs' settlement with Mulvadi Corporation. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

DECL OF JASON L. LICHTMAN ISO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENTS - Case No. 2:19-cv-00290-RSL

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

2. I have been involved in all aspects of this litigation since March 2019.

3. As part of the present motion, Plaintiffs respectfully ask that this Court appoint Jason L. Lichtman, Daniel E. Seltz, and Andrew R. Kaufman of my law firm and Nathan Paine of Karr Tuttle Campbell as Settlement Class Counsel on behalf of the Class. Mr. Seltz, Mr. Kaufman, and I have extensive experience investigating, prosecuting, and resolving complex class actions, and are well-qualified to serve as Settlement Class Counsel here. My firm has committed and will continue to commit substantial resources to this case. I attached LCHB's firm resumé to my declaration submitted with a previous round of settlements in this litigation (*see* Dkt. 394-8), and incorporate it here. My co-counsel, Nathan Paine, also previously submitted his qualifications to the Court. *See* Dkt. 395.

## I. Settlement Negotiations and Settlement Agreements

4. These settlements, like the ones previously presented to the Court (Dkt. 393, 411, 602, 702, and 864), are the result of intensive litigation and arms-length negotiations.

5. After this Court ruled on the defendants' motions to dismiss, discovery commenced in the fall of 2019.

6. Mulvadi, its insurer, and Plaintiffs participated in a mediation with Mark LeHocky of ADR Services, on May 10, 2023, continuing on June 21, 2023. At the close of that second all-day mediation, Mr. LeHocky made a mediator's proposal, which all three parties accepted. The parties then set to work on memorializing the settlement. The fully executed Settlement Agreement is attached hereto as Exhibit 1.

## II. Investigation and Discovery

7. The Settlement Agreement was negotiated by counsel with knowledge of the issues and litigation risks as a result of their thorough investigation and discovery efforts. Mr. Paine, Mr. Seltz, Mr. Kaufman, and I performed many tasks that were vital to the investigation, prosecution, and partial resolution, of the claims of the proposed Class. Mr. Paine and I described these tasks in prior Declarations submitted with the previous sets of settlements (Dkt.

DECL OF JASON L. LICHTMAN ISO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENTS - No. 2:19-cv-290

-1-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

394, 395, 412, 413, 603, 702, 703, and 865), and I set them out again here for completeness of the record.  Among these tasks, we:

 a. Authored or edited the briefs and motions that have been presented in the litigation to date, including oppositions to motions to dismiss, discovery motions, class certification, summary judgment, and *Daubert* motions;

 b. propounded dozens of requests for production, interrogatories, and requests for admissions;

 c. oversaw the production of tens of thousands of documents;

 d. assisted with the preparation of the depositions of five named plaintiffs;

 e. identified and worked with numerous consulting experts in preparation for mediation and litigation, on issues such as damages, marketing, consumer behavior, and accounting;

 f. identified and worked with these experts in connection with Plaintiffs' motion for class certification and additional experts who served merits reports; and

 g. developed numerous settlement proposals and negotiated extensively with Defendants, including Mulvadi.

### III. The Settlement Agreement

8. The Mulvadi settlement includes both monetary and injunctive terms.

9. First, Mulvadi's insurer will pay $7,775,000.

10. Second, Mulvadi and its owner in his personal capacity have agreed to stop doing business with certain questionable suppliers, to obtain proof that any coffee they purchase is genuine Kona, to print what is called the lot number on every bag of coffee that they sell (this will more easily allow buyers and competitors to confirm the coffees' authenticity), and to pay all fees and costs for any future action to enforce the settlement.

11. Third, Mulvadi and its owner in his personal capacity has agreed that "any coffee product that it sells labeled as 'Kona' or 'Kona Blend' will accurately and unambiguously state

DECL OF JASON L. LICHTMAN ISO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENTS - No. 2:19-cv-290

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1  on the front label of the product the minimum percentage of authentic Kona coffee beans the
2  supplier of the product states are contained in the product in compliance with the labeling
3  standards set forth in the "Hawaii grown roasted or instant coffee; labeling requirements" law
4  (Hawaii Revised Statute § 486- 120.6) as it currently exists today, or as it may be modified in the
5  future, and regardless of whether any such product is sold in Hawaii or elsewhere." Ex. 1 ¶ 12(a).

6      12.    These injunctive terms compound the benefits of the agreements of the previously
7  settling defendants that increase and improve the information found on Kona-labeled products in
8  the marketplace.

9      13.    These injunctive terms compound the benefits of the agreements of the previously
10 settling defendants that increase and improve the information found on Kona-labeled products in
11 the marketplace.

12     14.    Based on my experience and knowledge about the facts and issues in this case, I
13 firmly believe that the Settlement Agreement represents an excellent result that is in the best
14 interests of the Settlement Class Members.

15 **IV.    Settlement Administration and Notice**

16     15.    After the receipt of multiple bids, my colleagues and I previously selected JND
17 Legal Administration ("JND"), which is headquartered in Seattle, to serve as the notice and
18 claims administrator for the settlements previously presented to the Court and for these
19 settlements. I have worked with JND in other class settlements and am satisfied that they can
20 carry out their duties as settlement administrator in accordance with the highest professional
21 standards.

22     16.    Under the supervision of proposed Settlement Class Counsel and as they did in
23 connection with prior settlements, JND will, within the time period established by the Court,
24 effectuate the notice plan. The notice plan includes:

25     a.    **Direct mail and email.** Proposed Class Counsel initially developed a
26 class list of 697 class members and located mailing addresses for nearly all of those members. In

DECL OF JASON L. LICHTMAN ISO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENTS - No. 2:19-cv-290

-3-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

connection with prior settlements, JND refined that list and collected additional class member names who identified themselves during the claims process that it oversaw in connection with each of the settlements that the Court has approved. JND will directly mail and email both the long-form notice (attached as Exhibit 2) and the publication notice (attached as Exhibit 3) to each known class member's mailing addresses, using the refined list.

      b.    **Publication notice.** JND will again arrange for publication of the publication notice in the *West Hawaii Daily*, which Class Counsel continue to understand to be the most widely read and circulated periodical in the Kona region.

      c.    **Settlement website.** JND has established a website, at www.KonaCoffeeSettlement, which has hosted documents related to all settlements in this litigation, and will host document related to this settlement, including settlement agreement, notices, and future filings, including Plaintiffs' motion for final approval and any application for attorneys' fees and reimbursement of expenses.

      d.    **Toll-free telephone number**. JND has set up a toll-free telephone number that settlement class member can call to receive information or ask questions about the settlement.

17. JND will also receive notice of any requests for exclusion from the settlement class, and promptly forward those requests to counsel for the settling parties.

### V. Proposed Settlement Class Representatives

18. As part of this motion, as in the previous motions for preliminary approval of the prior settlements (e.g., Dkt. 393), Plaintiffs ask the court to appoint them as Settlement Class Representatives to represent the Settlement Class. Based on my experience in complex class actions and my observations during the course of this litigation, it is my opinion that each of the Plaintiffs willingly, constructively, and effectively contributed to the prosecution of this litigation.

DECL OF JASON L. LICHTMAN ISO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENTS - No. 2:19-cv-290

-4-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592

1     19. As I stated in my previous declarations, Plaintiffs have provided information and documents relevant to the prosecution of this case, responded to discovery, and maintained communication with proposed class counsel. They have assisted with the claims process associated with prior settlements, answering numerous questions from class members. Plaintiffs have also prepared for and sat for all-day depositions. Plaintiffs have stayed abreast of the developments in the litigation and fully participated in the mediations that led to prior settlements. Each Plaintiff was consulted on the terms of the Settlement Agreement before they signed, approve its terms, and support its approval by the Court. Plaintiffs have expressed their continued willingness to protect the Class with the implementation of the Settlement Agreement.

    20. In light of the commitment of time, effort, and dedication of the Plaintiffs, I believe it is appropriate under applicable Ninth Circuit case law that Plaintiffs receive service awards to be paid from the Settlement Fund if approved by the Court. Plaintiffs were not promised, nor conditioned their representation, service, or support, on the expectation of a service award. The amounts of the proposed service awards will be included in the proposed notice to the Settlement Class so that Settlement Class Members can review, comment on, or object to those awards.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 5th day of July 6, 2023, in Salt Lake City, UT.

_____
Jason L. Lichtman

DECL OF JASON L. LICHTMAN ISO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENTS - No. 2:19-cv-290

-5-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592