IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA; COLEHOUR BONDERA and MELANIE BONDERA, husband and wife d/b/a KANALANI OHANA FARM; ROBERT SMITH and CECELIA SMITH, husband and wife d/b/a SMITHFARMS, and SMITHFARMS, LLC on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MNS, LTD.,<br><br>Defendant. | CASE NO. 2:19-CV-00290-RSL<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

Upon review and consideration of Plaintiffs' Motion for Leave to File Overlength Brief, requesting that Plaintiffs and Settlement Class Counsel be permitted to file a brief exceeding the word limits set out in Local Rule 7(e), the Court hereby GRANTS the motion and accepts Plaintiffs' overlength brief in support of their Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards.

DATED this  19th  day of  July , 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik United States
District Court Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF
Case No. 2:19-CV-00290-RSL
-1-
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel. 212.355.9500 • Fax 212.355.9592