UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>  Defendants. | CASE NO. 2:19-cv-00290-RSL<br><br>**ORDER** |

This matter comes before the Court on plaintiffs' "Petition for Attorneys' Fees and Costs" against Buchalter P.C., Bradley Thoreson, John Crosetto, and Jennifer Oswald. Dkt. # 885. Plaintiffs are directed to file their detailed time entries and breakdown of costs within seven days of the date of this Order.[1] The Clerk of Court is directed to renote the fee petition for Friday, September 15, 2023. A revised opposition may be filed on or before September 11, 2023. A revised reply may be filed on or before the note date.

Dated this 24th day of August, 2023.

Robert S. Lasnik
United States District Judge

---

[1] Information protected by the attorney-client privilege and/or the work product doctrine may be redacted.

ORDER - 1