UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA;<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; et al.<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-00290-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF SPROUTS FARMERS MARKET INC. |

THIS MATTER having come before this court on Plaintiffs' FRCP 41(a)(2) motion for voluntary dismissal of Defendant Sprouts Farmers Market Inc. ("Sprouts") now, therefore,

IT IS HEREBY ORDERED that Sprouts is dismissed from the above-captioned case without prejudice and without costs.

Dated this 18th day of September, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF SPROUTS FARMERS MARKET INC. - 1
CASE NO. 2:19-cv-00290
#5156561 v3 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100