UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 19-cv-00290-RSL<br><br>ORDER GRANTING BUCHALTER'S MOTION FOR LEAVE TO WITHDRAW |

THIS MATTER comes before this Court pursuant to a "Motion for Leave to Withdraw as Counsel" for defendant Mulvadi Corporation. Dkt. # 857. Having reviewed the memoranda, declarations, and exhibit submitted by the parties and having now resolved plaintiffs' motion for sanctions against Buchalter, the motions is GRANTED. The withdrawal of Bradley P. Thoreson, John Crosetto, Jennifer Oswald and the Buchalter firm is effective immediately. The Court retains jurisdiction over issues regarding the "Order Awarding Fees Against Buchalter P.C.," Dkt. # 904.

Dated this 25th day of September, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING BUCHALTER'S MOTION FOR LEAVE TO WITHDRAW - 1