UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER, d/b/a RANCHO ALOHA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, *et al.*,<br><br>　　　　　　　　Defendants. | Cause No. C19-0290RSL<br><br>ORDER DECLINING TO RESCHEDULE THE FINAL APPROVAL HEARING |

This matter comes before the Court on an "Unopposed Motion to Reschedule Hearing." Dkt. # 914. The Court declines to move the November 30, 2023, hearing date, which was publicized to the class and the public.

Dated this 3rd day of November, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DECLINING TO RESCHEDULE
FINAL APPROVAL HEARING - 1