UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE CORKER d/b/a RANCHO ALOHA, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MULVADI CORPORATION, a Hawaiian corporation; *et al.*<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-00290-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO STRIKE AND UNSEAL** |

The Court, having received and reviewed the Stipulated Motion to Strike and Unseal and the files herein, and good cause appearing therefor, HEREBY ORDERS:

(1) Plaintiffs' pending Motion to Seal (Dkt. 919) is hereby STRICKEN; and

(2) the Clerk is hereby instructed to UNSEAL Exhibit C to the declaration of Annaliese Sier (Dkt. 923).

Dated this 27th day of November, 2023.

_____
Robert S. Lasnik
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO STRIKE AND UNSEAL - 1**
#5490193 v2 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100