The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE CORKER d/b/a RANCHO ALOHA; *et al.*

Plaintiffs,

v.

MULVADI CORPORATION, *et al.*

Defendants.

CIVIL ACTION NO. 2:19-cv-00290-RSL

**DECLARATION OF DANIEL T. HAGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES**

Noted for Hearing: May 10, 2024

I, Daniel T. Hagen, declare under penalty of perjury under the laws of the United States of America as follows:

1.    I am an attorney in the law firm of Karr Tuttle Campbell. All statements in this declaration are based on my personal knowledge, and I am competent to testify to them.

2.    The parties have exchanged letters and information regarding Plaintiffs' damages for Kroger's established breach of the Settlement Agreement and Plaintiffs' attorney fees and costs incurred in enforcing the Settlement Agreement. Based on the information provided, including sworn declarations from Kroger, Plaintiffs accepted counsel's prior unsupported representation that the total amount of Kroger's gross profits for the breach was $1,728.80. However, the parties have been unable to reach agreement on the amount of the fee award.

1
2
3
4
5
6
7
8
9
10

3.      The detailed time entries of fees incurred in connection with enforcing the settlement agreement against Kroger are attached hereto as **Exhibit A**. Pursuant to Karr Tuttle Campbell policy, all attorneys at Karr Tuttle Campbell are required to record their time contemporaneously. The responsible attorney (in this matter, Nathan T. Paine) reviews all time entries to ensure that there is not any excessive, redundant, or otherwise unnecessary time billed and does so on a monthly basis. For further information establishing the reasonableness of Plaintiffs' attorneys' fees in this matter, please *see* Declaration of Nathan Paine in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards (containing a detailed description of KTC's process for reviewing time sheets, and the qualifications of attorneys working on this case). Dkt. 417.

11
12

Dated this 24th day of April 2024 at Seattle, Washington.

13
14
15

                                    */s/ Daniel Hagen*_____
                                    Daniel T. Hagen

16
17
18
19
20
21
22
23
24
25
26

**DECLARATION OF DANIEL T. HAGEN IN SUPPORT OF MOTION FOR ATTORNEY FEES - 2**
**(Civil Action No. 2:19-cv-00290-RSL)**
#5091482 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

## **CERTIFICATE OF SERVICE**

2

3

I, Daniel T. Hagen, affirm and state that I am employed by Karr Tuttle Campbell in King County,

4

in the State of Washington. I am over the age of 18 and not a party to the within action. My business

5

address is: 701 Fifth Avenue, Suite 3300, Seattle, Washington 98104. On this day, I caused to be filed

6

with the Court a true and correct copy of the foregoing document via the Court's electronic filing

7

system, which caused service of the document to all parties registered to receive notifications through

8

CM/ECF.

9

I declare under penalty of perjury under the laws of the United States of America that the

10

foregoing is true and correct, to the best of my knowledge.

11

Executed on this 24th day of April 2024 at Seattle, Washington.

12

13

*s/Daniel T. Hagen*

Daniel T. Hagen

Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

**DECLARATION OF DANIEL T. HAGEN IN SUPPORT OF**
**MOTION FOR ATTORNEY FEES - 3**
**(Civil Action No. 2:19-cv-00290-RSL)**
#5091482 v1 / 72448-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100